**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **MAGNUM CONSTRUCTION MANAGEMENT, LLC, f/k/a MUNILLA CONSTRUCTION MANAGEMENT, LLC** | **Case No. 19-12821–AJC** |
| Debtor | |

| | |
|---|---|
| **LEXINGTON INSURANCE COMPANY** | Adversary Proceeding No. |
| Plaintiff, | |
| v. | |
| **MUNILLA CONSTRUCTION MANAGEMENT, LLC n/k/a MAGNUM CONSTRUCTION MANAGEMENT; FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES; FLORIDA INTERNATIONAL UNIVERSITY; STATE OF FLORIDA; THE FLORIDA BOARD OF GOVERNORS; FIGG BRIDGE ENGINEERS, INC.; TAMPA TANK INC. – FSS; A-1 ALL FLORIDA PAINTING INC.; A-1 DURAN ROOFING INC.; ADVANCED BUILDERS GROUP, INC.; ARAZOZA BROTHERS CORPORATION; AVENTURA ELEVATOR, INC.; BARNHART CRANE AND RIGGING CO.; COMPLETE HIGHWAY IDENTITY, INC.; COOLTRACE INTERNATIONAL CORP.; EAST SUNRISE PLUMBING INC.; FLORIDA SAFETY CONTRACTORS, INC.; GUARANTEED FENCE, CORP.; J.C. SUVILLAGA BRICKS & PAVERS INC.; PRO SERVICE GROUP, LLC; ROAD RUNNER STRIPING TECHNOLOGIES INC.; STRUCTURAL TECHNOLOGIES, LLC; THE STRUCTURAL GROUP, INC.; TOLEDO DOORS, INC.; ALLEGIANCE CRANE & EQUIPMENT, LLC; FORTILINE, INC.; J.A. AZPEITIA, CORP.; M&M STEEL CORP.; QUALITY CONSTRUCTION PERFORMANCE,** | **DECLARATORY JUDGMENT ACTION** |

**INC.; THE ULTIMATE ELECTRICIAN CORP.;**
**and TROPICAL TOUCH GARDENS CENTER,**
**INC.**

   **Defendants.**

## COMPLAINT FOR DECLARATORY JUDGMENT

   Plaintiff Lexington Insurance Company ("Lexington"), files this Complaint for Declaratory

Judgment and would show the Court as follows:

### I.   NATURE OF ACTION

   1.   Lexington insures Munilla Construction Management, LLC n/k/a Magnum Construction

Management, LLC ("MCM"), along with certain Additional Insureds (as defined in the Policy)

pursuant to a Master Builders Risk Program, Policy No. 34575292 and Project Certificate No.

34575316 (collectively "Policy"). *See* Ex. A, Policy No. 34575292 and Project Certificate No.

34575316.

   2.   This is a civil action by Lexington against MCM, Florida International University Board

of Trustees ("Board of Trustees"), Florida International University ("FIU"), the State of Florida,

The Florida Board of Governors ("Board of Governors"), FIGG Bridge Engineers, Inc. ("FIGG"),

Tampa Tank Inc. – FSS ("Tampa Tank"), A-1 All Florida Painting Inc. ("A-1 Painting"), A-1

Duran Roofing Inc. ("A-1 Roofing"), Advanced Builders Group, Inc. ("Advanced Builders"),

Arazoza Brothers Corporation ("Arazoza"), Aventura Elevator, Inc. ("Aventura"), Barnhart Crane

and Rigging Co. ("Barnhart"), Complete Highway Identity, Inc. ("Complete Highway"), Cooltrace

International Corp. ("Cooltrace"), East Sunrise Plumbing Inc. ("East Sunrise"), Florida Safety

Contractors, Inc. ("Florida Safety"), Guaranteed Fence, Corp. ("Guaranteed Fence"), J.C.

Suvillaga Bricks & Pavers Inc. ("Suvillaga"), Pro Service Group, LLC ("Pro Service"), Road

2

Runner Striping Technologies Inc. ("Road Runner"), Structural Technologies, LLC ("Structural Technologies"), The Structural Group, Inc. ("Structural Group"), Toledo Doors, Inc. ("Toledo"), Allegiance Crane & Equipment, LLC ("Allegiance"), Fortiline, Inc. ("Fortiline"), J.A. Azpeitia, Corp. ("Azpeitia"), M&M Steel Corp. ("M&M Steel"), Quality Construction Performance, Inc. ("Quality Construction"), The Ultimate Electrician Corp. ("Ultimate Electrician"), and Tropical Touch Gardens Center, Inc. ("Tropical Gardens") (collectively "Defendants") for a declaration of the rights, duties, and liabilities of the parties under the Policy arising from the collapse of a pedestrian bridge in Miami, Florida on March 15, 2018. Lexington is entitled to declaratory relief in accordance with 28 U.S.C. §§ 2201 and 2202 and Rule 57 of the Federal Rules of Civil Procedure.

## II.    THE PARTIES

3.    Lexington is a company organized under the laws of Delaware with its principal place of business in the State of Massachusetts.

4.    MCM is a Florida limited liability company with its principal place of business located in Miami, Florida. MCM can be served with process through its registered agent, Daniel Munilla, at 6201 SW 70th Street, 1st Floor, Miami, Florida 33143.

5.    Board of Trustees is the duly constituted board charged with the governance of FIU, a public body corporate, with all the powers and duties of a body corporate, including the power to contract or be contracted with, to sue or be sued, and to plead or be impleaded in all courts of law or equity under Fla. Stat. Sec. 1001.72. Board of Trustees can be served with process through Chairman Claudia Puig, Florida International University, Modesto A. Maidique Campus, 11200 SW 8th Street, PC-548, Miami, Florida 33199.

3

6.    FIU is a state university, an agency of the State of Florida which belongs to and is part of the executive branch of the government of the State of Florida, which is located in Miami-Dade County, Florida. FIU can be served with process through President Mark B. Rosenberg, Florida International University, Modesto A. Maidique Campus, 11200 SW 8th Street, PC-528, Miami, Florida 33199.

7.    Board of Governors is the Board of Governors of the State of Florida University System, which belongs to and is part of the executive branch of the government of the State of Florida. Board of Governors can be served with process through Chairman Ned C. Lautenbach, Board of Governors, State University System of Florida, 325 West Gaines Street, Suite 1614, Tallahassee, Florida 32399.

8.    The State of Florida may be served with process by serving Florida State Attorney for Miami-Dade County, Katherine Fernandez Rundle, and by sending two copies of process by registered or certified mail to Attorney General Ashley Moody at Office of the Attorney General, State of Florida, The Capitol PL-01, Tallahassee, Florida 32399-1050.

9.    FIGG is a Florida corporation with its principal place of business located in Tallahassee, Florida. FIGG can be served with process through its registered agent, Corporation Service Company, at 1201 Hays Street, Tallahassee, Florida 32301.

10.    Tampa Tank is a business entity operating in Florida. Tampa Tank can be served with process by serving its President/CEO, David Hale, at 12781 U.S. Highway 41 S., Gibsonton, Florida 33534.

11.    Additional parties are being named as Defendants because they may claim an interest in the Policy proceeds. However, at this time, Lexington has not received a claim under the Policy on their behalf. Out of an abundance of caution and in order to obtain complete relief regarding

4

the payment of the subject Policy proceeds, Lexington names the following entities as Defendants:[1]

    a. A-1 Painting is a Florida corporation with its principal place of business located in Miami, Florida. A-1 Painting can be served with process through its registered agent, Raciel Ramos, at 7531 NW 54th Street, Miami, Florida 33166.

    b. A-1 Roofing is a Florida corporation with its principal place of business located in Miami, Florida. A-1 Roofing can be served with process through its registered agent, Bernardo Duran, at 4221 Palm Lane, Miami, Florida 33137.

    c. Advanced Builders is a Florida corporation with its principal place of business located in Medley, Florida. Advanced Builders can be served with process through its registered agent, Norberto J. Lopez, at 7911 NW 72nd Avenue, Suite 118-B, Medley, Florida 33166.

    d. Arazoza is a Florida corporation with its principal place of business located in Homestead, Florida. Arazoza can be served with process through its registered agent, Alberto Arazoza, at 9700 SW 93 Avenue, Miami, Florida 33176.

    e. Aventura is a Florida corporation with its principal place of business located in Biscayne Park, Florida. Aventura can be served with process through its registered agent, Milagros Gutierrez, at 11130 Griffing Boulevard, Biscayne Park, Florida 33161.

    f. Barnhart is a Delaware corporation with its principal place of business located in Memphis, Tennessee. Barnhart can be served with process through its registered

---

[1] It is Lexington's understanding that each of these entities are and/or were subcontractors or sub-subcontractors of MCM on the Project.

5

agent, NRAI Services, Inc., at 1200 South Pine Island Road, Plantation, Florida 33324.

g.  Complete Highway is a Florida corporation with its principal place of business located in Miami Gardens, Florida. Complete Highway can be served with process through its registered agent, Mirnesa Hasanovic, at 1521 Alton Road, Suite 571, Miami, Florida 33139.

h.  Cooltrace is a Florida corporation with its principal place of business located in Davie, Florida. Cooltrace can be served with process through its registered agent, Christina Salley, at 4700 SW 51st Street, Unit No. 217, Davie, Florida 33314.

i.  East Sunrise is a Florida corporation with its principal place of business located in Miami, Florida. East Sunrise can be served with process through its registered agent, Vicent Alberto Hernandez, at 15075 SW 137 Street, Unit No. 7, Miami, Florida 33196.

j.  Florida Safety is a Florida corporation with its principal place of business located in Thonotosassa, Florida. Florida Safety can be served with process through its registered agent, Michael K. Reichart, at 11825 Jackson Road, Thonotosassa, Florida 33592.

k.  Guaranteed Fence is a Florida corporation with its principal place of business located in Hialeah, Florida. Guaranteed Fence can be served with process through its registered agent, Leoncio and Associates LLC, 14331 Commerce Way, Miami Lakes, Florida 33016.

l.  Suvillaga is a Florida corporation with its principal place of business located in Hialeah Gardens, Florida. Suvillaga can be served with process through its

registered agent, Juan Carlos Gonzalez, at 14405 NW 112 Avenue, Hialeah Gardens, Florida 33018.

m.  Pro Service is a Florida corporation with its principal place of business located in Miami, Florida. Pro Service can be served with process through its registered agent, Julio Amoedo, at 4291 SW 143 Avenue, Miramar, Florida 33027.

n.  Road Runner is a Florida corporation with its principal place of business located in Hialeah Gardens, Florida. Road Runner can be served with process through its registered agent, Jeniffer Ruiz, at 9804 NW 80th Avenue, Hialeah Gardens, Florida 33016.

o.  Structural Technologies is a Maryland limited liability company with its principal place of business located in Columbia, Maryland. Structural Technologies can be served with process through its registered agent, NRAI Services, Inc., at 1200 South Pine Island Road, Plantation, Florida 33324.

p.  Structural Group is a Maryland corporation with its principal place of business located in Columbia, Maryland. Structural Group can be served with process through its registered agent, NRAI Services, Inc., at 1200 South Pine Island Road, Plantation, Florida 33324.

q.  Toledo is a Florida corporation with its principal place of business located in Miami, Florida. Toledo can be served with process through its registered agent, Corporation Company of Miami, at 200 S. Biscayne Boulevard, Suite 4100, Miami, Florida 33131.

r.  Allegiance Crane is a Delaware limited liability company with its principal place of business located in Pompano Beach, Florida. Allegiance Crane can be served

with process through its registered agent, Capitol Corporate Services, Inc., at 515 East Park Avenue, 2nd Floor, Tallahassee, Florida 32301.

s.  Fortiline is a South Carolina corporation with its principal place of business located in Concord, North Carolina. Fortiline can be served with process through its registered agent in South Carolina, Cogency Global, Inc., at 2 Office Park Court, Suite 103, Columbia, South Carolina 29223.

t.  Azpeitia is a Florida corporation with its principal place of business located in Miami, Florida. Azpeitia can be served with process through its registered agent, Aida Azpeitia, at 22661 SW 127 Avenue, Miami, Florida 33170.

u.  M&M Steel is a Florida corporation with its principal place of business located in Hialeah, Florida. M&M Steel can be served with process through its registered agent, Miguel Michelena, at 515 West 2 Street, Hialeah, Florida 33010.

v.  Quality Construction is a Florida corporation with its principal place of business located in Miami, Florida. Quality Construction can be served with process through its registered agent, Gustavo J. Bustos, at 2451 NW 109 Avenue, Unit #2, Miami, Florida 33172.

w.  Ultimate Electrician is a Florida corporation with its principal place of business located in Miami, Florida. Ultimate Electrician can be served with process through its registered agent, Jorge De La Noval, at 13701 SW 88th Street, Suite 222, Miami, Florida 33186.

x.  Tropical Gardens is a Florida corporation with its principal place of business located in Fort Lauderdale, Florida. Tropical Gardens can be served with process

through its registered agent, Mario Adler, at 6951 SW 185th Way, Fort Lauderdale, Florida 33332.

### III.    JURISDICTION & VENUE

12.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 157 and 28 U.S.C § 1334 in that this is a civil proceeding arising out of or related to a case under Title 11 of the United States Code. Pursuant to Rule 7008 of the Federal Rules of Bankruptcy Procedure and 28 U.S.C. § 157(c)(1), this is a non-core matter, and Lexington does not consent to entry of final orders or judgment by the Bankruptcy Court.

13.    As described in greater detail herein, there exists an actual case or controversy under 28 U.S.C. § 2201(a).

14.    This Court has personal jurisdiction over the Defendants in this matter because they are residents of the State of Florida. Further, Defendants operate, conduct, engage in, and/or carry on business in the State of Florida and/or have an office or agency in the State of Florida and/or engage in substantial and not isolated activity in the State of Florida.

15.    Venue is proper in this District pursuant to 28 U.S.C. § 1409(a) because the related Title 11 matter, *In re:* Magnum Construction Management, LLC f/k/a Munilla Construction Management, LLC, Case No. 19-12821-AJC, is currently pending in this Court. Venue is also proper in this District pursuant to 28 U.S.C. §§ 1391(a) and (b), as amended, as a substantial part of the events or omissions giving rise to the claim occurred and a substantial part of the property that is the subject of this action is situated in Miami-Dade County, Florida.

## IV.   **FACTUAL BACKGROUND**

### A.   **The Construction Project**

16.   FIU contracted with MCM for a number of infrastructure projects associated with FIU's expenditure of TIGER grant funds. One of the projects was for the construction of a pedestrian bridge (the "Bridge") over SW 8th Street in Miami, Florida, intended to connect FIU's campus to the adjacent city of Sweetwater, Florida.

17.   MCM subsequently contracted with FIGG to design the Bridge.

18.   The Bridge design ultimately selected by FIU, MCM, and FIGG consisted of a single off-center pylon connected to two spans, one to extend 175 feet across the roadbed, and the other to extend 99 feet over the canal adjacent to the road.

19.   The Bridge was assembled using a method known as "accelerated bridge construction," by which the two spans were pre-fabricated adjacent to the site and, once fabricated, swung into place in a matter of hours using self-propelled modular transportation equipment.

### B.   **The Loss**

20.   On March 10, 2018, the 175-foot span of the Bridge was installed over the roadway.

21.   After cracks were reported developing on the north end of the span, MCM, FIGG, and the Florida Department of Transportation met on-site on the morning of March 15, 2018, to discuss the cracking.

22.   At approximately 1:30 p.m. on March 15, 2018, the 175-foot span collapsed while construction crews were applying post-tensioning force and conducting stress tests on the Bridge (the "Collapse").

23.   Six people were killed as a result of the Collapse.

10

24.    Physical damage associated with the Collapse was limited to the collapsed 175-foot span itself, as well as certain debris that had to be removed from the loss site.

## C.    Claim Investigation and Valuation

25.    Following the Collapse, MCM noticed a claim to Lexington under the Policy.

26.    Lexington promptly acknowledged receipt of the notice and commenced its investigation and adjustment of the Collapse.

27.    During the loss investigation, Lexington retained engineering consultant, J.C. Araiza of DeSimone Consulting Engineers ("DeSimone"). DeSimone concluded that the design of the Bridge was flawed, which resulted in numerous Bridge trusses being under stress levels which far exceeded their design- and code-dictated capacity.

28.    On May 18, 2018, Lexington issued a reservation of rights letter to MCM explaining Lexington's understanding of the claim to date, identifying Policy provisions that may limit or exclude coverage for MCM's loss, and reserving all its rights while its investigation continued.

29.    On May 21, 2018, FIU wrote to Lexington asserting that "[a]s a project owner, and as an insured under the Policy, FIU has the right to be involved in the adjustment of the Claim," and that "Lexington cannot make payment to MCM—or any other insured under the Policy—without FIU's consent, unless FIU has been made whole for its losses."

30.    On June 5, 2018, Lexington responded to FIU, reserving its rights with respect to its investigation of the Collapse going forward.

31.    On September 27, 2018, Tampa Tank, a vendor associated with the sale and delivery of pipe stays for the architectural sail on the Bridge's central pylon—which was not complete at the time of the loss and did not suffer any physical loss or damage during the Collapse—submitted

11

invoices to Lexington for material procurement, overhead and profit prior to the Collapse, and for storage fees.

32.    Lexington responded to Tampa Tank's submission on October 5, 2018, advising Tampa Tank that there was no coverage for the procurement and storage of undamaged and/or unused materials under the Policy and advising that Tampa Tank would not appear to be an Additional Insured under the Policy.

33.    On May 20, 2019, FIGG wrote to Lexington asserting that it is an Additional Insured under the Policy and stating that the Policy should indemnify FIGG for any claims asserted against it by FIU arising from the Collapse.

34.    Upon information and belief, Board of Trustees, Board of Governors, the State of Florida, and/or other Defendants may also seek to claim an interest in the Policy proceeds related to the Collapse.

35.    At the time of the Collapse, MCM's pay applications show that the incurred cost for construction of the Bridge was $6,828,928.58. The 175-foot span was considered a completed part of the overall project at the time of the loss, and costs for its design, construction, and installation are approximately $1,887,515.00 of the overall $6.8 million Bridge valuation. According to MCM's March 2018 pay application, the 175-foot span was 100% complete at the time of the Collapse.

36.    MCM has incurred and submitted to Lexington for payment under the Policy $72,459.90 of debris removal costs associated with the Collapse. On February 20, 2019, Lexington, through its adjuster, issued a Proof of Loss to MCM related to the debris removal costs in the amount of

12

$47,459.90.[2] To date, MCM has not executed and returned the Proof of Loss, and thus, no payment under the Policy has been made for the debris removal costs.

37.    The cost to rectify the relevant defects in the 175-foot span immediately prior to the Collapse was approximately $828,753.00, as determined by Lexington's consultants. This remedial cost is excluded from coverage under the Policy.

38.    Therefore, other than the debris removal costs, the amount covered under the Policy for the Collapse is the difference between the remedial cost and the value of the collapsed 175-foot span, which is approximately $1,058,762.00.[3]

39.    Due to the known competing interests of some Defendants, as well as other potential interests not yet identified, with respect to the Policy and any payments made thereunder due to the Collapse, Lexington is unable to make a payment for the covered amount of loss resulting from the Collapse without direction from the Court and/or consent of those parties legitimately claiming an interest in the Policy proceeds.

**D.    Policy Provisions**

40.    The Policy issued to MCM contains provisions that affect the scope of coverage available for MCM's—or any Additional Insured's—loss and valuation of damages.

41.    Specifically, the Policy contains an exclusion for loss related to faulty workmanship:

**4.    EXCLUSIONS**

This Policy, its quarterly reports and Project Certificates shall not pay for loss, damage or expense caused by, resulting from, contributed to or made worse by any of the following, all whether direct or indirect, proximate or remote or in whole or in part caused by, contributed to or aggravated by any physical loss or damage insured by this Policy, except as specifically allowed below:

\*\*\*

---

[2] $72,459.90 debris removal - $25,000 Policy deductible = $47,459.90.
[3] $1,887,515.00 value of the 175-foot span - $828,753.00 remedial costs = $1,058,762.00.

B. The costs that would have been incurred to rectify any of the following had such rectification been effected immediately prior to the loss or damage:

(1)     Fault, defect, error, deficiency or omission in design, plan or specification;
(2)     Faulty or defective workmanship, supplies or material;
(3)     Wear and tear, gradual deterioration, inherent vice, latent defect, corrosion, rust, dampness or dryness of the atmosphere;

However, if direct physical loss or damage by an insured peril ensues, then this Policy will cover for such ensuing loss or damage only.

For the purpose of this Policy and not merely this exclusion, Covered Property, or any portion thereof, shall not be regarded as damaged solely by virtue of the existence of any condition stated under (1), (2) or (3) above.

\*\*\*

42.    The Policy also defines the entities that are insured under the Policy, including "Additional Insured" language, as follows:

## MASTER BUILDER'S RISK POLICY DECLARATIONS

\*\*\*

**3.    A.    NAMED INSURED(S) AND MAILING ADDRESS**

**MUNILLA CONSTRUCTION MANAGEMENT, LLC D/B/A MCM**
**6201 SW 70TH STREET, 2ND FLOOR**
**MIAMI, FL 33143**

and all affiliated and subsidiary companies owned or controlled by the Named Insured as now exist or may hereafter be constituted or acquired. In respect to Joint Ventures, the Named Insured's percentage interest is included. If the Named Insured is responsible for such insurance as provided herein, and to the extent the full contract value of the **INSURED PROJECT\***, is declared, then this policy will include the interest of Joint Venture Partners for their respective share.

The first Named Insured shown above shall be deemed the sole and irrevocable agent of each and every Insured hereunder for the purpose of giving and receiving notices to/from the Company, giving instruction to or agreeing with the Company as respects Policy alteration, for making or receiving payments for premium or adjustments or premium and as respects the payment of claims, except as required by contract or at the first Named Insured's discretion.

14

**B. ADDITIONAL INSURED(S)**

Additional Insureds means all project owner(s), contractors and subcontractors of every tier and any tenant at the **INSURED PROJECT\*** location to the extent required by the **contract document(s)** or subcontract(s) with respect to the **INSURED PROJECT\*** and then only as their respective interests may appear. With respect to architects, engineers, manufacturers and suppliers, notwithstanding any contract or subcontract to the contrary, their interest is limited to their activities at the **INSURED PROJECT\*** location only.

Additional Named Insureds as provided above, may be shown on a Project Certificate issued to this Policy or ACORD Certificates of Insurance (or equivalent) issued by <u>**Aon Risk Services, Inc. of Florida**</u>, copies of which will be forwarded, if requested, to the Company.

\*\*\*

43.    The Policy provides that the total insurable value of the "Insured Project" was approximately $12 million[4]—which includes the value of *all* work identified in MCM's final contract with FIU, not just the Bridge or, more specifically, the collapsed portion thereof. As previously stated, the value of the Bridge at the time of the loss was approximately $6.8 million and the value of the relevant 175-foot span that collapsed was approximately $1.9 million.

44.    The Project Certificate in the Policy contains a Certificate Period of October 31, 2016 to July 18, 2018, which was subsequently extended pursuant to an Amendatory Endorsement to December 31, 2018. Therefore, the Policy expired on December 31, 2018.

## V.    CAUSES OF ACTION

### COUNT I
### DECLARATORY JUDGMENT – QUANTUM OF COVERED LOSS

45.    Lexington repeats and re-alleges Paragraphs 1 through 44 of this Complaint as if fully set forth herein.

---

[4] While the Project Certificate related to the subject Project originally included a $9,388,033.00 Limit of Liability, it was amended by an Amendatory Endorsement, which extended the Limit of Liability to $12,040,559.00.

46.   An actual, substantive, and justiciable controversy exists between the parties concerning the valuation of the loss(es) claimed under the Policy, and thus the amount payable, regarding and/or stemming from the Collapse. Accordingly, the parties have a direct, substantial, and present interest in having the Policy construed and applied to the submitted claims.

47.   Pursuant to the terms, conditions, and provisions of the Policy, Lexington is entitled to a declaration that:

    a.   The Collapse was caused by "fault, defect, error, deficiency or omission in design, plan or specification" and/or "faulty or defective workmanship, supplies, or material[.]"

    b.   Exclusion 4.B. in the Policy excludes from coverage the costs that would have been incurred to rectify the Bridge, if such rectification had been effected immediately prior to the Collapse, due to "fault, defect, error, deficiency or omission in design, plan or specification" and/or "faulty or defective workmanship, supplies or material."

    c.   At the time of the Collapse, the 175-foot span of the Bridge was considered 100% complete, and the costs for its design, construction, and installation were $1,887,515.00.

    d.   Immediately preceding the Collapse, the costs to rectify the "fault, defect, error, deficiency or omission in design, plan or specification" and/or the "faulty or defective workmanship, supplies, or material" relating to the 175-foot span of the Bridge totaled $828,753.00.

    e.   The total amount of insured physical loss or damage to the Bridge due to the Collapse is $1,058,762.00, which constitutes the full payable amount due to the

Collapse under the Policy except for ancillary, and currently undisputed, debris removal costs.

<h2 style="text-align:center">COUNT II<br>DECLARATORY JUDGMENT – PROPER PAYEE</h2>

48.    Lexington repeats and re-alleges Paragraphs 1 through 44 of this Complaint as if fully set forth herein.

49.    An actual, substantive, and justiciable controversy exists between the parties concerning who and/or which entity is entitled to payment under the Policy stemming from the Collapse.

50.    The Policy's "Additional Insured" provision establishes that "all project owner(s), contractors and subcontractors of every tier . . . to the extent required by the contract document(s) or subcontract(s) with respect to the insured project" are insured by the Policy.

51.    The Policy's "Named Insured" provision establishes that MCM is "the sole and irrevocable agent of each and every Insured hereunder . . . as respects the payment of claims, except as required by contract or at the first Named Insured's discretion."

52.    While MCM is the first Named Insured in the Policy, FIU asserts that it is an Additional Insured and that no payment can be made under the Policy for the Collapse without FIU's consent and unless FIU has first been made whole for its losses. In addition, FIGG asserts that it is an Additional Insured and that the Policy should indemnify it for any claims made by FIU against FIGG arising from the Collapse.

53.    Tampa Tank also submitted invoices to Lexington on September 27, 2018, for payment under the Policy allegedly arising from the Collapse. Lexington does not have any evidence of Tampa Tank being an Additional Insured under the Policy.

54.    Based on information provided by MCM, Lexington has identified others involved in the project and named as Defendants who may also assert an interest in the aforementioned Policy proceeds related to the Collapse.

55.    By reason of these conflicting claims for payment under the Policy, a question exists as to which Defendant(s) is entitled to be paid the proceeds under the Policy, and Lexington has a reasonable fear that it will be subject to multiple liability without a determination by the Court as to which Defendant(s) is owed the proceeds.

56.    Lexington is ready, willing, and able to pay to the rightful party the full amount owed under Count I herein, as determined by the Court.

57.    Pursuant to the terms, conditions, and provisions of the Policy, Lexington is entitled to a declaration and/or determination of which Defendant(s) is entitled to payment of the covered costs relating to the Collapse, as set forth in Count I. If multiple entities are entitled to payment, Lexington is entitled to a declaration and/or determination of the amount owed to each respective entity, discharging Lexington from any further obligation under the Policy with respect to the Project and/or the Collapse.

58.    Further, in view of MCM's Chapter 11 petition, Lexington seeks the Court's direction of the payment to the proper Defendant(s) in a manner consistent with the requirements of Chapter 11 bankruptcy.

## VI.    REQUEST FOR RELIEF

**WHEREFORE,** the Insurers respectfully request judgment in their favor against Defendants, and ask that the Court declare that:

a. Lexington is entitled to judgment in its favor under Count I (Quantum of Covered Loss), including a declaration in accordance with Paragraph 47 of the Complaint, including subparts a. through e.

b. Lexington is entitled to judgment in its favor under Count II (Proper Payee), including a declaration in accordance with Paragraph 57 of the Complaint.

c. The amount owed under the Policy and the entity to which it is owed—as determined by the Court in Counts I and II herein—is payable consistent with the requirements of Chapter 11 bankruptcy.

Lexington also asks for any further relief to which it is entitled, including an award of attorneys' fees and costs incurred in connection with this action, and any additional relief as may be just and proper. In the event this Court does not grant declaratory judgment in Lexington's favor, Lexington reserves its rights as to any other coverage issues that may exist regarding the claims made regarding the Collapse which have not been addressed herein.

This the 30th day of May, 2019.

**Lexington Insurance Company**

**James L. Warren III**

**OF COUNSEL:**

James L. Warren III (FL Bar No. 47819)
**CARROLL WARREN & PARKER PLLC**
188 East Capitol Street, Suite 1200 (39201)
Post Office Box 1005
Jackson, Mississippi 39215-1005
Telephone:    (601) 592-1010
Facsimile:    (601) 592-6060
jwarren@cwplaw.com

*Attorney for Plaintiff*

# EXHIBIT "A"



AIG Property Casualty/Energy Division

## TO OUR BROKERS / AGENTS

## <u>IMPORTANT NOTICE</u> – TO BE KEPT WITH POLICY

### <u>WHAT TO DO WHEN A LOSS OCCURS</u>

1.     Report as soon as practicable, every incident, loss or damage which may become a claim to:

> Mr. John E. Roberts, BSc(Hons) CEng MIStructE ACILA
> Energy Division / Property Claims
> 2929 Allen Parkway, Suite 1100
> Houston, TX 77019
> Tel: (713) 342-7376
> E-Mail: JohnE.Roberts@aig.com

> (OR)

> Mr. Ben Golden
> Construction Property Manager
> AIG
> 1200 Abernathy Road, Bldg. 600
> Atlanta, GA 30328
> Tel: (770) 671-2086
> E-Mail: benjamin.golden@aig.com

2.     Energy Property Claims CANNOT be processed through any other facility and must be reported as indicated.

3.     Adjuster can ONLY be assigned by the AIG Property Casualty/Energy division

**LEXINGTON INSURANCE COMPANY**
**Administrative Office 99 High Street, Boston, Massachusetts 02110-2103**
(hereinafter called the Company)

# MASTER BUILDERS RISK PROGRAM
# DECLARATIONS

POLICY NUMBER:   34575292                                      **RENEWAL OF:**  NEW

ITEM 1.     Named Insured:     MUNILLA CONSTRUCTION MANAGEMENT, LLC D/B/A MCM

             Address:              6201 SW 70TH STREET, 2ND FLOOR
                                       MIAMI, FL 33143

ITEM 2.     Policy Period:
             From:    08/04/2016                          TO:    08/04/2017
             at 12:01 A.M. Standard Time at the address of the named insured shown above.

ITEM 3.     Limit of Insurance: 100,000,000 in any one OCCURRENCE

             Total Premium  $ N/A                     Minimum Earned Premium  N/A

ITEM 4.     Perils:
             SEE MASTER BUILDER RISK POLICY

ITEM 5.     Description of Property Covered:                        N/A Coinsurance
             SEE MASTER BUILDER RISK POLICY

ITEM 6.     Mortgagee Clause: Loss, if any shall be payable to:
             NOT APPLICABLE

ITEM 7.     Forms Attached:
             SEE ATTACHED FORMS SCHEDULE

ITEM 8.     Commission: 15%

ITEM 9.     TRIA Premium:       $ N/A

["TRIA Premium" means the premium for Certified Acts of Terrorism Coverage under the Terrorism Risk Insurance Act of 2002, as amended by the Terrorism Risk Insurance Program Reauthorization Act of 2007.  The TRIA Premium amount indicated above is included in the COMPANY Annual premium amount indicated above.]

_____
**Authorized Representative**

# FORMS SCHEDULE

Named Insured: MUNILLA CONSTRUCTION MANAGEMENT, LLC D/B/A MCM

Policy No: 34575292                                          Effective Date: 08/04/2016

| Form Number | Edition Date | Endorsement Number | Title |
|---|---|---|---|
| | | | **MASTER BUILDERS RISK PROGRAM DECLARATIONS** |
| | | | **MASTER BUILDER'S RISK POLICY** |
| PR4225 | 07/13 | 001 | **ECONOMIC SANCTIONS ENDORSEMENT** |
| | | 002 | **RATE & DEDUCTIBLE SCHEDULE** |
| PR4266 | 12/14 | 003 | **TERRORISM EXCLUSION** |

## POLICYHOLDER NOTICE

Thank you for purchasing insurance from a member company of American International Group, Inc. (AIG). The AIG member companies generally pay compensation to brokers and independent agents, and may have paid compensation in connection with your policy. You can review and obtain information about the nature and range of compensation paid by AIG member companies to brokers and independent agents in the United States by visiting our website at www.aig.com/producercompensation or by calling 1-800-706-3102.

91222 (4/13)



# MASTER BUILDER'S RISK POLICY
# DECLARATIONS

1.  **POLICY NUMBER:**      **34575292**

2.  **INSURING COMPANY:**   Lexington Insurance Company
    Executive Offices: 175 Water Street, New York, New York 10038

3.  **A.   NAMED INSURED(S) AND MAILING ADDRESS**

    **MUNILLA CONSTRUCTION MANAGEMENT, LLC D/B/A MCM**
    **6201 SW 70TH STREET, 2ND FLOOR**
    **MIAMI, FL 33143**

    and all affiliated and subsidiary companies owned or controlled by the Named Insured as now exist or may
    hereafter be constituted or acquired.  In respect to Joint Ventures, the Named Insured's percentage interest
    is included.  If the Named Insured is responsible for such insurance as provided herein, and to the extent the
    full contract value of the **INSURED PROJECT***, is declared, then this policy will include the interest of Joint
    Venture Partners for their respective share.

    The first Named Insured shown above shall be deemed the sole and irrevocable agent of each and every
    Insured hereunder for the purpose of giving and receiving notices to/from the Company, giving instruction
    to or agreeing with the Company as respects Policy alteration, for making or receiving payments for
    premium or adjustments or premium and as respects the payment of claims, except as required by contract
    or at the first Named Insured's discretion.

    **B.   ADDITIONAL INSURED(S)**

    Additional Insureds means all project owner(s), contractors and subcontractors of every tier and any tenant at
    the **INSURED PROJECT*** location to the extent required by the **contract document(s)** or subcontract(s) with
    respect to the **INSURED PROJECT*** and then only as their respective interests may appear.  With respect to
    architects, engineers, manufacturers and suppliers, notwithstanding any contract or subcontract to the
    contrary, their interest is limited to their activities at the **INSURED PROJECT*** location only.

    Additional Named Insureds as provided above, may be shown on a Project Certificate issued to this Policy or
    ACORD Certificates of Insurance (or equivalent) issued by **Aon Risk Services, Inc. of Florida**, copies of which
    will be forwarded, if requested, to the Company.

4.  **TERM OF INSURANCE OF THE POLICY**

    The terms provided by this Policy shall be effective on **August 4, 2016** and shall continue in effect until **August 4,
    2017**, both at **12:01 A.M.** standard time at the address of the Named Insured, but only as respects those
    **INSURED PROJECTS*** beginning on or after the effective date and prior to the expiration date and which have
    been declared to the Company, except as otherwise amended by endorsement to this Policy.

**5.  COVERAGE TERRITORY**

United States, its territories and possessions and Puerto Rico, including their respective coastal waters.  If any coverage is provided on a worldwide basis, such worldwide coverage shall not include any jurisdiction prohibited or restricted under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union or the United States of America.  Losses are only covered within the Coverage Territory.

**6.  PROJECT COVERAGE ATTACHMENT**

**A.**  Projects having an estimated project term less than or equal to **seventy two (72)**  months and an estimated Total Project Limit of Liability less than or equal to this Policy's Limits of Liability as stated in section 9.A. below shall have coverage attached as follows:

**(1)  Projects Greater Than $10,000,000 Estimated Total Project Limit of Liability or those less than $10,000,000 requiring a Certificate Coverage Option** (hereinafter referred to as **PROJECT CERTIFICATES**)

Projects are automatically held covered hereunder for a Limit of Liability not exceeding **$5,000,000** and a period not exceeding **forty five (45)** days.  Coverage beyond this initial period and Limit of Liability shall be extended only upon the Named Insured's declaration to the Company of any individual project, the issuance of a Project Certificate to this Policy and the Named Insured's payment of premium due thereon from the beginning of the project.

**(2)  Projects Less Than Or Equal To $10,000,000 Estimated Total Project limit of Liability** (hereafter referred to as **QUARTERLY REPORTS**)

Projects are automatically held covered hereunder for an initial Limit of Liability of **$10,000,000** or for an amount equal to the estimated **TOTAL PROJECT VALUE\***, whichever is less, for a period not exceeding **four (4) months**.  Coverage beyond this initial period and Limit of Liability shall be extended only upon the Named Insured's declaration to the company on required quarterly reports to this Policy of any individual project and the Named Insured's payment of premium due thereon from the beginning of the project.

**B.**  Projects having an estimated project term greater than **seventy two (72)** months or an estimated **Total Project Limit of Liability** greater than this Policy's limits of liability or which are located outside of the Insured's Territory of Operation will be submitted to the Company by the Named Insured for acceptance and agreement of rates, deductibles, limits, terms and conditions prior to attachment of coverage hereunder.

**7.  WHEN COVERAGE BEGINS AND ENDS**

When the automatic coverage afforded under Paragraph 6 above ceases or when a Project Certificate is issued, coverage under this Policy will apply only to projects as follows:

**A.  PROJECT CERTIFICATES**

Coverage for each **INSURED PROJECT\*** shall begin on the effective date specified in individual Project Certificates and continue in effect until the earlier of:

**(1)**  The final acceptance by the owner;

**(2)**  The expiry of the interest of the Named Insured shown on the Project Certificate;

**(3)**  The effective date of cancellation; or

**(4)**  The expiration date stated on individual Project Certificates;

unless otherwise amended by endorsement.

### B.  QUARTERLY REPORTS

Coverage for each **INSURED PROJECT\*** shall begin on the effective date specified in the Quarterly Report and continue in effect until the earlier of:

**(1)** The final acceptance by the owner;

**(2)** The expiry of the interest of the Named Insured shown on the Quarterly Reports;

**(3)** The effective date of cancellation of this Policy; or

**(4)** The expiration date for individual projects stated on the Quarterly Reports;

unless otherwise amended by endorsement

## 8.  EXTENSION OF TERM OF INSURANCE

### A.  THIS POLICY

This Policy shall not be extended but may be renewed at the Named Insured's request and upon the Company's acceptance subject to rates, deductibles, limits, terms and conditions to be agreed upon. Such renewal shall only apply to **INSURED PROJECTS\*** beginning on or after the expiration date of this Policy. Any **INSURED PROJECT\*** in force prior to the renewal of the Policy shall be held covered at the rates, deductibles, limits, terms and conditions of the Policy within which the **INSURED PROJECT\*** began.

### B.  PROJECT CERTIFICATES

With prior notification and agreement by the Company, the term of any Project Certificate may be extended for up to **three (3)** months, at pro rata additional premium based on the rates stated in the Project Certificate,  for all projects except as noted in items (1) and (2) below.

**(1)** For **INSURED PROJECTS\*** located in areas subject to **HIGH HAZARD PERILS\***; with prior notification to the Company,  the term of any Project Certificate may be extended for up to **thirty (30)** days, at pro rata additional premium based on the rates stated in the Project Certificates.

**(2)** For **INSURED PROJECTS\***  where a **TESTING PERIOD\*** is provided, with prior notification to the Company, the term of any Project Certificate may be extended for up to **thirty (30)** days, at pro rata additional premium based on the rates stated in the Project Certificates.

Any extension beyond the periods noted above is subject to payment of additional premiums at rates, deductibles, limits, terms and conditions to be developed by the Company at the time of the Company's agreement to such additional extensions.

### C.  PROJECTS ON QUARTERLY REPORTS

Subject to the terms of Paragraph 8.B. above, for the purpose of **INSURED PROJECTS\*** covered under quarterly reports, coverage is provided for an additional period not longer than **six (6)** months beyond the estimated completion date stated in the Quarterly Report unless otherwise amended by the Company.

## 9.  LIMITS OF LIABILITY

### A.  The Company shall be liable for the estimated **TOTAL PROJECT VALUE\*** of each **INSURED PROJECT\*** plus the value of Delay in Completion, if applicable, in any one **OCCURRENCE\*** but not exceeding the Limit of Liability and subject to the Sublimits of Liability and Natural Catastrophe Limits of Liability, all as stated below, unless otherwise specifically amended on individual Project Certificates to this Policy.

**(1)** $  **100,000,000**  in any one **OCCURRENCE\*** for an **INSURED PROJECT\*** except;

**(2)** $     **5,000,000**  in any one **OCCURRENCE\*** for an **INSURED PROJECT\*** of joisted masonry structures, or

**(3)** $     **5,000,000**  in any one **OCCURRENCE\***  for an **INSURED PROJECT\*** of wood frame structures;

**(4)** $ **Not Covered**  in  any  one  **OCCURRENCE\*** for  an **INSURED PROJECT\*** involving  marine work.

**B.  Sublimits of Liability**

The Company shall not be liable for more than the following Sublimit(s) of Liability for physical damage to Covered Property per any one **OCCURRENCE\*** for an **INSURED PROJECT\***. In no event shall these Sublimits of Liability increase the Limit of Liability or Annual Aggregate Limits of Liability.

(1)  $  2,500,000    Transit – any one conveyance;

(2)  $  2,500,000    Temporary Offsite Locations – any one location;

(3)  $     500,000    **LANDSCAPING MATERIALS\***;

(4)  $     500,000    Architects and Engineers Fees;

(5)  $  1,000,000    Or **20%** of the amount of insured physical damage or loss to Covered Property, whichever is less, Expediting Expense and Contractor's Extra Expense;

(6)  $     500,000    Plans, Blueprints, Drawings, and Other Contract Documents and Models;

(7)  $     500,000    Fire Department Service Charges;

(8)  $     250,000    Fire Protective Equipment Refills;

(9)  $ 10,000,000    Or **25%** of the amount of insured physical loss of or damage to Covered Property, whichever is less, Debris Removal Coverage;

(10)  $     250,000    Emergency Property Protection Expense – during the term of the **INSURED PROJECT\***;

(11)  $     100,000    Claims Preparation Costs;

(12)  $  5,000,000    Ordinance or Law / Demolition & Increased Cost of Construction (Does not apply to existing property coverage.);

(13)  $     250,000    **FUNGUS, MOLD OR SPORE\***

**C.  Optional Certificate Coverages Sublimits of Liability**

(1)  $     **Refer**    **HOT TESTING\***, subject to a maximum **HOT TESTING PERIOD\*** of **Refer** days.

(2)  $**As Declared**    Subject to a maximum of **30%** of the amount of the **TOTAL PROJECT VALUE\***, Delay in Completion (applicable under project CRTs only)

(3)  $ 1,000,000    Damage to Existing Property (Limited) – Included in Standard Coverage; Rates for Higher Limits are shown in the **Schedule of Rates and Deductibles** – Subject to a maximum of **$5,000,000**.

(4)  $**Refer**    Wrap Around Coverage

(5)  $**Refer**    Deductible Buyback Coverage

Any project that requires a sublimit greater than the maximum amount shown in the Coverage Options Certificate Coverage Options (2) and (3) above shall be submitted to the Company for acceptance and rate and deductible determination prior to attachment of coverage hereunder.

**D.  NATURAL CATASTROPHE LIMITS OF LIABILITY**

The maximum amount the Company will pay for loss or damage in any one **OCCURRENCE\*** and/or in the aggregate annually for loss or damage from all **OCCURRENCES\*** due to **EARTH MOVEMENT\*, FLOOD\*,** or **NAMED STORM\*** for any one **INSURED PROJECT\*,** is the lesser of the following:

**(1)** The estimated **TOTAL PROJECT VALUE\*** of the **INSURED PROJECT\*** plus the value of Delay in Completion, if applicable; or

**(2)** The Annual Aggregate Limit shown below for the specific **ZONE** based on the address of the **INSURED PROJECT\*;**

unless otherwise specifically amended on an individual Project Certificate to this Policy.

For Catastrophe Zone identification, refer to **AIG Builder's Risk Catastrophe Zones Designations** attached to this policy.

**EARTH MOVEMENT\***

**(1)** $ __10,000,000__  Within the entire state of California;
**(2)** $ __10,000,000__  Within all other Earthquake Zone 1;
**(3)** $ __25,000,000__  Within Earthquake Zone 2;
**(4)** $__100,000,000__  Within Earthquake Zone 3 and Zone 4;
**(5)** $ __Refer__  US Territories & Possessions, and the Commonwealth of Puerto Rico

**FLOOD\***

**(1)** $ __10,000,000__  Within any High Hazard Zones A or V;
**(2)** $ __25,000,000__  Within any High Hazard Zones Shaded X or B;
**(3)** $__100,000,000__  Within any Zone Unshaded X or C;
**(4)** $ __10,000,000__  Within any Zone D;
**(5)** $ __Refer__  US Territories & Possessions and the Commonwealth of Puerto Rico

**NAMED STORM\***

**(1)** $ __25,000,000__  Entire State of Florida and within all other Wind Zone 1 designated areas;
**(2)** $ __50,000,000__  Within Wind Zone 2 designated areas, except the State of Florida;
**(3)** $__100,000,000__  Within Wind Zone 3 and Zone 4;
**(4)** $ __Refer__  US Territories & Possessions, and the Commonwealth of Puerto Rico

**E.  LIMITS MARGIN CLAUSE**

The Limit of Liability scheduled in each Project Certificate or Quarterly Report is a provisional limit. Should an increase or decrease in the estimated **TOTAL PROJECT VALUE\*** occur for an **INSURED PROJECT\*,** the corresponding Limit of Liability will automatically increase or decrease to reflect such change concurrently, not to exceed the Limits of Liability and the Annual Aggregate Limits of Liability shown in the above clauses.  However, this clause does not apply to any Extensions of Coverage or to Delay in Completion Coverage.

## 10. DEPOSIT / MINIMUM PREMIUM

### A. PROJECT CERTIFICATES

The premiums stated on Project Certificates are deposit premiums and shall be developed based on the RATING CONDITIONS described in the Policy for the estimated term reported to the Company by the Named Insured as stated in the Reporting Provisions by applying the applicable rates stated in the SCHEDULE OF RATES & DEDUCTIBLES attached to this Policy. A minimum and earned premium of **$500** shall apply for each Project Certificate issued to this Policy. All deposit premiums shall be due and payable to the Company within **thirty (30)** days from the Project Certificate effective date or **fifteen (15)** days from invoice, whichever is later.

### B. QUARTERLY REPORTS

A **$NA** minimum and earned deposit premium will apply on attachment of the program and shall be applied against premium due for the first reporting cycle.  All premiums shall be developed based on the estimated **TOTAL PROJECT VALUE\*** and estimated term reported to the Company as required under the Reporting Provisions shown below by applying the applicable rates stated in the SCHEDULE OF RATES & DEDUCTIBLES attached to this Policy.  A minimum and earned premium of **$NA** shall apply for each project reported.  All premiums will be due and payable within **thirty (30)** days following the reporting dates stated in below or **fifteen** (**15**) days from invoice, whichever is later.

## 11. REPORTING PROVISIONS

### A. PROJECT CERTIFICATES

#### At Project Startup

Within **forty five (45)** days of project startup, the Named Insured shall report to the Company the estimated **TOTAL PROJECT VALUE\*** to be insured plus the Delay in Completion Limit, if applicable. Such report shall include the physical location (street address, city, state and zip code), job number, project description, type construction, the project start and estimated completion dates and the names for all parties to be included as Named Insured, Additional Insured(s), Loss Payee(s) or Mortgagee(s).

#### At Project Completion

The Named Insured shall report to the Company the completion date and final **TOTAL PROJECT VALUE**.

### B. QUARTERLY REPORTS

Within 30 days after each **November 4**, **February 4**, **May 4** and **August 4** within the policy period and renewals thereof, the Named Insured shall report to the Company the estimated **TOTAL PROJECT VALUE\*** to be insured for each **INSURED PROJECT\*** begun during the premium quarterly period.  Such report shall include project name, physical location (street address, city, state and zip code), job number, project description, type of construction, the project state and estimated completion date and the name and addresses for all parties to be included as Named Insured, Additional Insured(s), Loss Payee(s) or Mortgagee(s).

## 12. PREMIUM ADJUSTMENT

### A. PROJECT CERTIFICATES

The final earned premium for each Project Certificate shall be computed by applying the rate(s) used for the purpose of calculating the deposit premium to the actual term of coverage provided and the final **TOTAL PROJECT VALUE\*** declared in accordance with Paragraph 11.A above. If the premium so calculated shall differ from the deposit premium, such difference shall be due and payable to the Insured or the Company, as the case may be, subject to any minimum premium that may apply.

### B. QUARTERLY REPORTS

There shall be no adjustment of premium for **INSURED PROJECTS\*** covered under Quarterly Reports.

**13. LOSS PAYEE(S) AND MORTGAGE HOLDER(S)**

Loss, if any, shall be adjusted with and made payable to the first Named Insured and designated Loss Payees and/or Mortgage Holders, their successors and/or assigns as shown on any Project Certificate issued to this Policy, or pursuant to any written agreements made by the first Named Insured. Receipt of final payment by the first Named Insured shall constitute a release in full of all liability under this Policy with respect to such loss.

If not scheduled on a Project Certificate, Loss Payees and Mortgage Holders, all as their respective interest may appear and as may be shown on ACORD Certificates of Insurance (or its equivalent) issued by **Aon Risk Services, Inc. of Florida** copies of which will be forwarded, if requested, to the Company.



# MASTER BUILDER'S RISK POLICY

## SECTION I – COVERAGE AND EXCLUSIONS

**1.   INSURING AGREEMENT**

**A.   Coverage**

The Company will pay for all risks of direct physical loss or damage to Covered Property at the **INSURED PROJECT\*,** while in temporary offsite locations or during transit, all within the Coverage Territory and occurring during the term of this Policy except as modified, limited or excluded in this Policy (referred to herein as a Covered Cause of Loss).

**C.   Coverage Term**

Coverage under this Policy, its Quarterly Reports and all Project Certificates issued hereunder, applies to direct physical loss or damage that commences during the Policy Term stated in the Declarations or as shown in its quarterly reports or on individual Project Certificates issued hereunder.

**2.   COVERED PROPERTY**

The Company insures the following property for which the Insured is contractually responsible, the value of which has been included in the **TOTAL PROJECT VALUE\***:

**A.**   Permanent Works - All materials, supplies, equipment, machinery, and other property of a similar nature all when used or to be used in or incidental to the demolition of existing structures, site preparation, fabrication or assembly, installation or erection or the construction of or alteration, renovation, rehabilitation of the **INSURED PROJECT\***;

**B.**   **TEMPORARY WORKS\*** - All scaffolding, form work, fences, shoring, hoarding, falsework and temporary buildings all incidental to the **INSURED PROJECT\***; and

**C.**   Property of Others – Property of others for which the Insured is legally liable;

while at the location of the **INSURED PROJECT\***, in transit as set forth in Subsection **5.A. TRANSIT**, or at temporary offsite locations as set forth in Subsection **5.B. TEMPORARY OFFSITE LOCATIONS**.

**3.   PROPERTY EXCLUDED**

This Policy does not insure against loss or damage to:

**A.**   Land, land values, and the value of cut, fill and backfill materials which existed at the project site prior to the commencement of construction at the **INSURED PROJECT\***; however, to the extent included in the estimated **TOTAL PROJECT VALUE\*** declared for premium purposes, the value of fill and backfill materials purchased for use in the completion of the project is not excluded. Labor and material charges incurred to move, remove, place or otherwise handle cut, fill and backfill materials, whether or not insured, are covered to the extent such charges are included in the estimated **TOTAL PROJECT VALUE\*** declared for premium purposes;

**B.** Contractor's tools, machinery, plant and equipment including spare parts and accessories, whether owned, loaned, borrowed, hired or leased, and property of a similar nature not destined to become a permanent part of the **INSURED PROJECT***, unless the value is declared under a Project Certificate and additional premium is paid at rates, terms and conditions to be agreed;

**C.** Property of any type if located on an offshore island or barrier island, regardless of whether or not it is connected to the mainland by bridge, road, or structure, unless specifically endorsed to a Project Certificate;

**D.** Vehicles or equipment licensed for highway use, rolling stock, aircraft or watercraft;

**E.** Water, standing timber, growing crops and animals;

**F.** Accounts, bills, currency, stamps, deeds, evidence of debt, checks, money, securities, precious metals, precious stones or other property of a similar nature;

**G.** Existing property at the location of the **INSURED PROJECT***, unless coverage has been declared under a Project Certificate;

**H**. Prototype, developmental or used machinery and equipment but only as to damage while undergoing any form of **TESTING***, commissioning or startup, unless specifically endorsed to a Project Certificate;

**I.** Any property located at a site that stores, processes, handles or makes use of radioactive materials unless reported to and accepted by the Company. The foregoing shall not apply to locations or property making use of radioactive isotopes contained within equipment used for diagnostic or **TESTING*** purposes.

**J.** Property located at other than the location of **INSURED PROJECT*** except as covered under the Transit or Temporary Offsite Locations Extensions of Coverage;

**K.** Transmission and distribution lines except to the extent identified in the **contract documents**.

**4. EXCLUSIONS**

This Policy, its quarterly reports and Project Certificates shall not pay for loss, damage or expense caused by, resulting from, contributed to or made worse by any of the following, all whether direct or indirect, proximate or remote or in whole or in part caused by, contributed to or aggravated by any physical loss or damage insured by this Policy, except as specifically allowed below:

**A.** Consequential loss, damage or expense of any kind or description including:

**(1)** loss of market, use or **DELAY***;

**(2)** Delay in Completion;

**(3)** liquidated damages or performance penalties;

**(4)** penalties for non-completion; or

**(5)** noncompliance with contract conditions;

Whether caused by a peril insured or otherwise; however the foregoing shall not exclude Delay in Completion Coverage when it is declared for coverage under an individual Project Certificate;

**B.** The costs that would have been incurred to rectify any of the following had such rectification been effected immediately prior to the loss or damage:

**(1)** Fault, defect, error, deficiency or omission in design, plan or specification;

**(2)** Faulty or defective workmanship, supplies or material;

**(3)** Wear and tear, gradual deterioration, inherent vice, latent defect, corrosion, rust, dampness or dryness of the atmosphere;

However, if direct physical loss or damage by an insured peril ensues, then this Policy will cover for such ensuing loss or damage only.

For the purpose of this Policy and not merely this exclusion, Covered Property, or any portion thereof, shall not be regarded as damaged solely by virtue of the existence of any condition stated under (1), (2) or (3) above.

**C.** War and Military Action, including:

    **(1)** Hostile or warlike action in time of peace or war, including action in hindering, combating, or defending against an actual, impending, or expected attack by any government or sovereign power (de jure or de facto), or by any authority maintaining or using military, naval, air forces, or military, naval, or air forces, or an agent of any such government, power, authority, or forces, it being understood that any discharge, explosion, or use of any weapon of war employing nuclear fission or fusion shall be conclusively presumed to be such a hostile or warlike action by such a government, power, authority, or forces;

    **(2)** Insurrection, rebellion, revolution, civil war, usurped power or action taken by governmental authority in hindering, combating, or defending against such **OCCURRENCE\***;

    **(3)** Seizure or destruction of property by order of governmental authority. However, if fire is covered by this Policy, the Company will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread;

**D.** Nuclear reaction, nuclear radiation or radioactive contamination however such may have been caused; nevertheless if a fire arises directly or indirectly from any of the foregoing, any loss or damage arising directly from that fire shall (subject to the provisions of this Policy) be covered, excluding however all loss or damage caused by nuclear reaction, nuclear radiation or radioactive contamination arising directly or indirectly from that fire;

**E.** Disappearance when revealed by inventory shortage;

**F.** Infidelity, dishonesty or fraudulent activity of the Insured or any of the Insured's partners, officers, directors, trustees, employees or others to whom the Covered Property is entrusted (carriers for hire excepted). However, willful acts of malicious intent (including vandalism or malicious mischief) shall not be deemed to be dishonest acts nor shall loss or damage resulting from the insured voluntarily parting with title or possession of any property if induced to do so by any fraudulent scheme, trick, device or false pretense;

**G.** Loss, damage, costs, expenses, fines or penalties incurred or sustained by or imposed on the Insured at the order of any government agency, court or other authority arising from any cause whatsoever beyond the demolition of any damaged portion of the **INSURED PROJECT\*** no longer useful for its intended purpose;

**H.** Except as respects to Coverage Extension M. below, any form of **FUNGUS, MOLD OR SPORE\*** including, but not limited to yeast, mildew, smut, mushrooms, or any substance, product or byproduct produced by, released by or arising as a consequence of the past or current existence of **FUNGUS, MOLD OR SPORE\***, including any expense to remediate the presence or effects of any of the foregoing;

**I.** Actual, alleged or threatened release, discharge, escape or dispersal of **CONTAMINANTS OR POLLUTANTS\***, all whether direct or indirect, proximate or remote or in whole or in part caused by, contributed to or aggravated by any physical loss or damage insured by this Policy;

Nevertheless, if fire is not excluded from this Policy and a fire arises directly or indirectly from actual release, discharge, escape or dispersal of **CONTAMINANTS OR POLLUTANTS\***, any loss or damage Insured under this Policy arising directly from that fire is insured, subject to the provisions of this Policy;

This exclusion shall not apply when loss or damage is directly caused by fire, lightning, aircraft impact, explosion, riot, civil commotion, smoke, vehicle impact, windstorm, hail, vandalism or malicious mischief, leakage or accidental discharge from automatic fire protection systems;

**J.** Asbestos, including:

    **(1)** Asbestos material removal;

    **(2)** Demolition or increased cost of reconstruction, repair, debris removal or loss of use necessitated by the enforcement of any law or ordinance regulating asbestos material;

    **(3)** Any governmental order or direction declaring that asbestos material which is present in or part of or utilized on any portion of the **INSURED PROJECT\*** must be removed or modified;

**K.** Loss or damage covered under any written or implied guarantee or warranty by any manufacturer or supplier, but only to the extent of recovery from such written or implied guarantee or warranty;

**L.** Normal subsidence, settling, cracking, expansion, contraction or shrinkage of walls, floors, ceilings, buildings, foundations, patios, walkways, driveways or pavements;

**M.** Cessation of work, whether total or partial. Cessation of work as used herein shall not mean any period of time during which operations would not normally have been conducted such as Saturdays, Sundays or holidays, nor shall it mean seasonal inactivity planned in advance, schedule delays due to weather, labor actions beyond the Insured's control or suspension of project activity which has been occasioned by loss or damage covered under this Policy provided the **INSURED PROJECT\*** is maintained and protected against loss during such inactivity;

**N.** As respects **LANDSCAPING MATERIALS\***, infestation, disease, freeze, drought and hail, weight of ice or snow or any damage caused by insects, vermin, rodents or animals;

**O.** As respects COVERAGE EXTENSION F., electrical or magnetic injury to or errors and omissions in creating, processing or copying electronic records, however caused;

**P.** The Company will not pay for any **SOFTWARE LOSS\***. To the extent coverage for equipment, hardware, media or device is provided in the Policy, this exclusion does not apply:

    **(1)** if the **SOFTWARE LOSS\*** results solely from direct physical loss of or direct physical damage to the equipment, hardware, media or device on which the program, software or operating system, programming instructions, or data are transported, processed or contained;

    **(2)** to direct physical loss of or direct physical damage to tangible Covered Property that results from a **SOFTWARE LOSS\***;

For the purposes of this exclusion, program, software or operating system, programming instruction and data are not tangible Covered Property.

**5.  COVERAGE EXTENSIONS**

**A. TRANSIT**

If a sublimit is entered in item 9.B.(1) of the Declarations or as otherwise stated on individual Project Certificates, coverage applies with respect to Covered Property from the commencement of loading at the original point of shipment anywhere within the Coverage Territory until completion of unloading at the location of the **INSURED PROJECT\*** or at a temporary offsite location, including shipments on inland or coastal waters but excluding ocean marine shipments. To the extent others are responsible for loss or damage to Covered Property while in transit under terms F.O.B. to a designated location or recipient, this coverage extension will cover as excess insurance and will not contribute with such other insurance.

The Insured agrees to keep records of all shipments insured hereunder and make them available to the Company upon request.

This coverage shall be void if the Insured enters into any special agreement with carriers, releasing them from their common law or statutory liability or agreeing that this insurance shall in any way inure to the benefit of such carriers, however, the Insured may, without prejudice to this coverage, accept such bills of lading, receipts, or contracts of transportation as are ordinarily issued by carriers containing a limitation as to the value of Covered Property.

**B. TEMPORARY OFFSITE LOCATIONS**

If a sublimit is entered in item 9.B.(2) of the Declarations or as otherwise stated on individual Project Certificates, coverage applies to Covered Property on a temporary basis anywhere within the Coverage Territory, except while in the course of manufacturing or processing at a manufacturer's or supplier's site, or while in transit.

**C. LANDSCAPING MATERIALS***

This Policy is extended to cover direct physical loss of or damage to **LANDSCAPING MATERIALS*** that are part of the **INSURED PROJECT***, up to the value that has been declared in the estimated **TOTAL PROJECT VALUE*** reported to the Company. The liability for any one tree, plant or shrub shall not exceed the maximum any one item limit entered in item 9.B.(3) of the Declarations.

**D. ARCHITECTS AND ENGINEERS FEES**

Subject to the sublimit entered in item 9.B.(4) of the Declarations or as otherwise stated on individual Project Certificates, in the event of direct physical loss or damage insured against and occurring during the Policy Term, this Policy covers necessary and reasonable compensation for architect's or engineer's services and expenses incurred by the Insured in connection with the repair or replacement of the **INSURED PROJECT***, but excluding those relating to improvements or betterments to the **INSURED PROJECT***.

**E. EXPEDITING EXPENSE AND CONTRACTOR'S EXTRA EXPENSE**

Subject to the sublimit entered in item 9.B.(5) of the Declarations or as otherwise stated on individual Project Certificates, in the event of direct physical loss or damage insured against and occurring during the term of coverage, this Policy shall pay for:

   **(1)** Expediting Expenses, including reasonable wages for overtime, night work, and work on public holidays and extra costs of express freight or other rapid means of transportation which are necessary to make temporary repairs and to expedite the permanent repair or replacement of the Covered Property when damaged by a Covered Cause of Loss, but only to the extent such is necessary to continue as nearly as practicable the normal operation of the work in progress; and

   **(2)** Extra Expenses, which means the reasonable and necessary excess costs incurred during the period of restoration or repair of the damaged property that are over and above the total costs that would normally have been incurred during the same period of time had no loss or damage occurred for the purpose of continuing as nearly as practicable the scheduled progress of undamaged work. Extra expense shall include equipment rental, emergency expenses, additional security, temporary use of property, demobilization and remobilization of equipment and facilities, and other expenses necessarily incurred to reduce loss, excluding, however, any Additional Interest or Debt Service Expense, Business Interruption, Loss of Earnings, Loss of **RENTAL INCOME***, or other Delay in Completion.

Any costs incurred hereunder shall be subject to the deductible applicable to the peril that necessitates such costs. In the event that the amount of physical loss or damage to Covered Property by a Covered Cause of Loss under this Policy is less than the applicable deductible, the Company shall not accept a claim for, nor be liable for the excess costs as covered herein.

**F. PLANS, BLUEPRINTS, DRAWINGS AND OTHER CONTRACT DOCUMENTS AND MODELS**

Subject to the sublimit entered in item 9.B.(6) of the Declarations or as otherwise stated on individual Project Certificates, this Policy is extended to cover direct physical loss of or damage to plans, blueprints, drawings, renderings, specifications or other contract documents and models while at the location of the **INSURED PROJECT***.

## G. FIRE DEPARTMENT SERVICE CHARGES

Subject to the sublimit entered in item 9.B.(7) of the Declarations or as otherwise stated on individual Project Certificates, when the fire department is called to save or protect Covered Property from a Covered Cause of Loss, the Company will pay the Insured's liability for fire department service charges and other extinguishing expenses:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance, law, or statute.

The Company will also pay for those costs incurred by the fire department to save or protect Covered Property from fire, but not including the costs to refill fire protective equipment.

## H. FIRE PROTECTIVE EQUIPMENT REFILLS

Subject to the sublimit entered in item 9.B.(8) of the Declarations or as otherwise stated on individual Project Certificates, the Company will pay the reasonable and necessary costs the Insured incurs to refill fire protective equipment which has been discharged:

**(1)** Accidentally; or

**(2)** In the course of saving or protecting Covered Property from a Covered Cause of Loss.

## I. DEBRIS REMOVAL

Subject to the sublimit entered in item 9.B.(9) of the Declarations or as otherwise stated on individual Project Certificates, in the event of direct physical loss or damage insured against and occurring during the term of this Policy, the Company will pay the following necessary and reasonable costs:

**(1)** To remove debris, including necessary demolition expenses, being an insured part of the property from the **INSURED PROJECT\***; and/or

**(2)** To cleanup at the **INSURED PROJECT\***,

made necessary as a result of such direct physical loss or damage.

Unless specifically amended by endorsement, the Company will not pay the expense or cost to extract **CONTAMINANTS OR POLLUTANTS\*** from land, water and/or debris, or to remove, restore, or replace contaminated or polluted land or water. Nor will the Company remove or transport any property or debris to a site for storage or decontamination required because the property or debris is affected by **CONTAMINANTS OR POLLUTANTS\***, whether or not such removal, transport or decontamination is required by law, ordinance or regulation.

It is a condition precedent to recovery under this extension that the Company shall have paid, or agreed to pay, for direct physical loss or damage to the Covered Property, unless such payment is precluded solely by the operation of any deductible, and that the Insured shall give written notice to the Company of intent to claim for cost of debris removal or cost to cleanup not later than **twelve (12)** months after the date of such physical loss or damage.

## J. EMERGENCY PROPERTY PROTECTION EXPENSE

Subject to the sublimit entered in item 9.B.(10) of the Declarations or as otherwise stated on individual Project Certificates, this Policy shall pay for those reasonable expenses incurred by the Insured in an effort to protect or remove Covered Property, including moving and storage expenses, when the property is in imminent danger of sustaining direct physical loss or damage by the perils of **NAMED STORM\***, **FLOOD\*** and Fire.

Coverage under this extension shall also apply to direct physical loss or damage to Covered Property while it is being moved or in transit to a storage location.

This coverage extension applies for up to thirty (30) consecutive days after the Covered Property is first moved.

**K. CLAIMS PREPARATION COSTS**

Subject to the sublimit entered in item 9.B.(11) of the Declarations or as otherwise stated on individual Project Certificates, this Policy is extended to cover reasonable and necessary claim preparation costs incurred by the Named Insured at the request of the Company for the purpose of determining the amount of loss or damage prior to finalization of claim adjustment, subject to the following conditions:

**(1)** The Company shall have no liability for claim preparation costs unless and until a claim for covered physical loss or damage to Covered Property has been submitted to and accepted by the Company.

**(2)** Claim preparation costs incurred shall be subject to the deductible applicable to the peril that necessitates such costs. In the event that the amount of covered physical loss or damage to Covered Property is less than the applicable deductible, the Company shall not accept a claim for nor be liable for additional expenses as covered herein.

**(3)** The Named Insured will seek the approval of the Company prior to entering into an agreement with a vendor or incurring any claim preparation costs;

**(4)** Claim preparation costs include:

    **(a)** The cost of taking inventory, the cost of independent appraisals, and the cost of gathering and preparing other data to substantiate the extent or amount of loss or damage; and

    **(b)** The cost of services provided by accountants, contractors and engineers solely for the purpose of determining the extent or amount of loss;

**(5)** Claim preparation costs do not include:

    **(a)** Expenses associated with establishing that any claim or part of a claim is covered by the Policy;

    **(b)** Expenses associated with the negotiation or presentation of any claim or part of a claim that the Company has advised the Named Insured is disputed or denied;

    **(c)** Expenses incurred for public adjusters, claims consultant or any legal fees;

    **(d)** Expenses associated with any examination under oath, even if requested by the Company;

    **(e)** Expenses incurred under the Appraisal section of the Commercial Property General Conditions.

**L. ORDINANCE OR LAW / DEMOLITION AND INCREASED COST OF CONSTRUCTION**

**(1)** Subject to the sublimit entered in item 9.B.(12) of the Declarations or as otherwise stated on individual Project Certificates, in the event of insured loss or damage under this Policy that causes the enforcement of any law or ordinance in effect at the time of loss that regulates the repair, rebuilding or re-construction of the damaged portions of the **INSURED PROJECT\***, then to the extent required by such enforcement of any law or ordinance, the Company shall be liable for:

    **(a)** Cost of demolishing undamaged parts of the **INSURED PROJECT\*** as required, including cost of clearing the site.

    **(b)** Increased cost of repair, rebuilding or re-construction of the damaged and undamaged portions of the **INSURED PROJECT\*** on the same premises for the same use but not exceeding like height, floor area, style, material and limited to the minimum requirements of the law or ordinance.

    **(c)** If provided by this Policy, the increase in the Delay in Completion coverage loss arising out of the additional time required to comply with the requirements of said law or ordinance. Such additional time will not exceed **thirty (30)** consecutive days.

With respect to coverage provided by Paragraph (b) above, the Company shall not be liable for any loss, unless and until the damaged or destroyed building(s) or structure(s) is actually rebuilt or replaced on the same premises with due diligence and dispatch and in no event, unless repair or replacement is completed

within **two (2)** years after the destruction or damage or within such further time as the Company may allow, in writing, during the **two (2)** years.

**(2)** The following costs are not payable hereunder:

**(a)** Cost of demolition or increased cost of repair or reconstruction, debris removal, or other consequential loss caused by the enforcement of any law or ordinance regulating asbestos material or **CONTAMINANTS OR POLLUTANTS\***;

**(b)** Cost of any governmental direction or request declaring that asbestos material present in, part of or utilized on any undamaged portion of Covered Property can no longer be used for the purpose for which it was intended or installed and must be removed or modified.

**(c)** Cost of compliance with the enforcement of any law or ordinance that an Insured would have otherwise incurred by nature of such law or ordinance in the absence of any loss or damage covered by this Policy.

**(d)** When Damage to Existing Property coverage is afforded in this Policy, the cost of compliance with any law or ordinance as respects the repair, rebuilding or re-construction of such property.

**M.  FUNGUS, MOLD OR SPORE\***

Subject to the sublimit entered in item 9.B.(13) of the Declarations or as otherwise stated on individual Project Certificates, the Company will pay for direct physical loss or damage to the Covered Property caused by or resulting from **FUNGUS, MOLD OR SPORE\***, when such **FUNGUS, MOLD OR SPORE\*** is the direct result of direct physical loss or damage by a Covered Cause of Loss that commences during the policy period.  This coverage includes reasonable and necessary cost or expense with respect to **INSURED PROJECT\*** to:

**(1)** Tear out and replace any part of the **INSURED PROJECT\*** as needed to gain access to the **FUNGUS, MOLD OR SPORE\***;

**(2)** Clean-up, remove, contain, treat, detoxify or neutralize **FUNGUS, MOLD OR SPORE\***;

**(3)** Test the indoor air quality for **FUNGUS, MOLD OR SPORE\***;

**(4)** Test the surfaces and materials for **FUNGUS, MOLD OR SPORE\***;

**(5)** Develop and implement a remediation plan for **FUNGUS, MOLD OR SPORE\***; and

**(6)** Remove debris solely due to **FUNGUS, MOLD OR SPORE\***.

**6. OPTIONAL CERTIFICATE COVERAGES**

These Coverage Options will not apply to projects reported on quarterly reports and shall only attach under individual Project Certificate when declared by the Named Insured and accepted by the Company.

**A.  HOT TESTING\***

If a specific **HOT TESTING PERIOD\*,** premium and rate are entered for **HOT TESTING\*** on an individual Project Certificate, when direct physical loss or damage to Covered Property is caused by or results from **HOT TESTING\***, the following conditions shall apply to coverage provided hereunder.

No coverage is provided for:

**(1)** Loss or damage to catalysts;

**(2)** Loss or damage to refractory linings and brickwork from the time of the first application of heat unless such loss or damage directly results from insured loss or damage to other Covered Property.

**B. DELAY IN COMPLETION COVERAGE**

FOR THE PURPOSE OF THIS COVERAGE OPTION ONLY, THE NAMED INSURED, IF DIFFERENT FROM THAT SHOWN IN THIS POLICY'S DECLARATIONS, SHALL BE AS SHOWN ON INDIVIDUAL PROJECT CERTIFICATES. THERE SHALL BE NO ADDITIONAL INSUREDS HEREUNDER, UNLESS OTHERWISE ENDORSED.

When Delay in Completion Coverage is declared on an individual Project Certificate and the Delay in Completion section of the Project Certificate is completed, the following conditions apply:

**(1)** Subject to all terms, conditions, limitations and exclusions of this Policy, in the event of direct physical loss of or damage to Covered Property, the Company shall indemnify the Named Insured for scheduled Loss of **RENTAL INCOME\***, Loss of **GROSS EARNINGS\***, **ADDITIONAL INTEREST/FINANCING EXPENSES\***, and/or **SOFT COSTS/ADDITIONAL EXPENSES\*** arising out of the resulting Delay in completion of the project described in the Project Certificate on an actual loss sustained basis.

**(2)** The Company shall also indemnify the Named Insured for reasonable expenditures that are necessarily incurred for the purpose of reducing loss amount under this extension, but only to the extent that such loss amount otherwise payable under this coverage is actually reduced.

**(3)** No liability shall exist under this Coverage unless the **DELAY\*** exceeds the respective **DEDUCTIBLE PERIOD\*** stated in the Project Certificate, and then liability shall be only for such part of the **DELAY\*** that is in excess of that **DEDUCTIBLE PERIOD\*.**

**(4)** The Company shall not be liable during the **PERIOD OF INDEMNITY\*** for more than the **Aggregate Limit of Liability**, subject to the individual sublimits of liability, stated in the Project Certificate.

**(5)** The individual items scheduled for **SOFT COSTS/ADDITIONAL EXPENSES\*** are considered estimated expenses, any one of which may be increased up to 125% of the amount scheduled. However, in no event shall the total amount payable for all expenses combined be more than the total amount scheduled for item d. **SOFT COSTS/ADDITIONAL EXPENSES\*** under the Delay in Completion Coverage section of the Project Certificate.

**(6)** In the event circumstances require that the project completion date for the **INSURED PROJECT\*** shown on any **CONSTRUCTION SCHEDULE\*** be revised to extend such completion date, the Named Insured shall establish a revised **CONSTRUCTION SCHEDULE\*** and furnish the same to the Company. The new date established in such revised **CONSTRUCTION SCHEDULE\*** shall become the **ANTICIPATED DATE OF COMPLETION\*** for Delay in Completion Coverage. Failure of the Named Insured to provide such revised **CONSTRUCTION SCHEDULE\*** to the Company shall not serve to waive the amendment of the **ANTICIPATED DATE OF COMPLETION\*.**

However, there shall be no amendment to the **ANTICIPATED DATE OF COMPLETION\*** in the event any **CONSTRUCTION SCHEDULE\*** is either compressed or accelerated, unless agreed to in writing by the Company and endorsed to the Project Certificate, subject to an additional premium to be agreed.

**(7)** Application of the **DEDUCTIBLE PERIOD\***

    **(a)** In the event that more than one Covered Cause of Loss with different **DEDUCTIBLE PERIODS\*** contributes to the overall **DELAY\***, the longest **DEDUCITBLE PERIOD\*** shall apply.

    **(b)** The **DEDUCTIBLE PERIOD\*** stated in the Delay in Completion section of the Project Certificate are in additional to the applicable Property Damage Deductibles shown.

**(8)** In addition to the Policy **EXCLUSIONS**, the Company will not be liable under this Coverage for any loss or increase in **DELAY\*** caused by or resulting from the following additional Exclusions:

    **(a)** The enforcement of any ordinance or law regulating removal, repair, construction or re-construction of the damaged property; except as provided by Coverage Extension L. Ordinance or Law / Demotion or increased Cost of Construction, above;

    **(b)** Loss or damage to contractor's plant and equipment or to property not covered by this Policy;

**(c)** Alterations, additions, improvements or other changes made in the design, plans, specification or other contract documents which are required to effect the repair or replacement of the damaged property;

**(d)** Non-availability of funds other than insurance reimbursement;

**(e)** Import, export or customs restrictions and/or regulations;

**(f)** The breach, suspension, lapse or cancellation of or the failure to obtain, maintain or extend any permit, lease, license, contract or purchase order commitments;

**(g)** The interference by strikers or other person with the transportation of property, the construction, rebuilding, repairing or replacing of Covered Property hereunder or the occupancy and use of the premises;

**(h)** Any consequential loss;

**(i)** The failure to use due diligence and dispatch in restoring the damaged property to the condition existing prior to the loss or damage;

**(j)** Any change order, revision or other cause which results in deviation from the original **CONSTRUCTION SCHEDULE*** and which is independent of insured loss or damage which gives rise to a **DELAY***, whether occurring prior to or after an insured **DELAY*.**

## C.  DAMAGE TO EXISTING PROPERTY (LIMITED)

When declared under an individual Project Certificate, the policy is extended to cover damage to existing buildings, plant and/or other structures at the location of the **INSURED PROJECT*** but only when the **INSURED PROJECT*** is contained within or attached to such existing buildings, plant and/or other structures and then only to the extent loss or damage arises out of the contractor's activities or operations at the **INSURED PROJECT*** subject to the following terms and conditions:

**(1)** The Company's liability hereunder shall not exceed the Sublimit of Liability shown in the Project Certificate in any one **OCCURRENCE*.**  This amount is a Sublimit of Liability and is part of and not in addition to the Certificate Limit of Liability.

**(2)** The deductible stated in the Project Certificate shall apply in any one **OCCURRENCE*,** except where a higher deductible applicable to a covered peril is shown.

**(3)** The following Property is excluded hereunder:

**(a)** Personal Property

**(b)** Any property located outside of existing buildings, plant and/or other structures;

**(c)** Underground utilities of any kind;

**(4)** The following additional Exclusions apply to coverage hereunder:

**(a)** Mechanical breakdown, including rupture or bursting caused by centrifugal force;

**(b)** Electrical injury or disturbance caused by electrical currents;

**(c)** Interruption of incoming electricity, fuel, water, gas, steam, refrigerant or other services except as specifically covered in this Policy.

Exclusions **(4)(a)**, **(4)(b)** and **(4)(c)** apply unless direct physical loss or damage by an insured peril ensues and then this policy insures only such ensuing loss or damage.

**(d)** Business Interruption, extra expense or other consequential loss;

**(e)** Explosion, rupture or bursting of steam boilers, steam pipes, steam turbines or steam engines owned, leased or operated under the control of the Insured.  Direct physical loss or damage caused by or resulting from explosion of gases or fuel within the furnace or any fired vessel or within the flues or passages through which the gases or combustion pass is covered;

**(f)** Loss or damage arising solely as a consequence of loss, damage or any structural, mechanical, electrical or material condition which existed prior to the effective date of the Project Certificate;

**(g)** The perils of **EARTH MOVEMENT\***, **FLOOD\***, or **NAMED STORM\*** except when the purpose of the **INSURED PROJECT\*** is to repair prior **EARTH MOVEMENT\***, **FLOOD\*** or **NAMED STORM\*** damage to or to structurally retrofit the existing buildings, plant or other structures to meet current building codes that address these perils.

**(5)** The following basis of valuation shall apply at the time and place of loss:

**(a)** If actually replaced – the cost to repair or replace the property lost or damaged with materials of like kind and quality at the time and place of loss.  In the event that repair or replacement with materials of like kind and quality cannot be effected due to obsolescence or non-availability of such materials or the means and methods of fabricating, manufacturing or installing such materials, repair or replacement shall be effected with materials, means and/or methods that are functionally equivalent to the lost or damaged property.  In the application of the foregoing, betterment is excluded.

**(b)** If not replaced – the actual cash value (the replacement cost at the time of loss or damage less depreciation), but not more than the building acquisition cost, less the value of the land.

**D.  WRAP AROUND COVERAGE**

When the Named Insured declares coverage as Wrap Around, the following provisions will apply:

**(1)** Subject to the terms, conditions, exclusions, limit of liability, sublimit of liability, annual aggregate limits of liability, deductibles and definitions stated elsewhere in the Policy, coverage under this Policy shall only apply when this Policy is broader in meaning or scope of coverage than specific policy(ies) provided by, to or through an entity other than the Named Insured, or others on their behalf, when such policy(ies) cover the same **INSURED PROJECT\*** as that covered herein.

**(2)** Coverage shall apply on an excess basis as respects any amounts recoverable from such other policy(ies), whether actually recovered or not.  As respects property and perils covered hereunder for which no coverage applies under such other policy(ies), coverage hereunder shall be primary.

**(3)** Coverage for the following shall not be included hereunder unless other collectible primary insurance provided by an entity other than the Named Insured applies and then coverage hereunder shall only apply as excess of such specific policy(ies):

**(a)** The perils of **FLOOD\***, **EARTH MOVEMENT\*** or **NAMED STORM\***, whether individual or combined;

**(b)** Delay in Completion Coverage;

**(c)** **HOT TESTING\***;

**(d)** Damage to Existing Property;

**(4)** Except as stated above, this Policy shall not be considered primary to or contributory with any other valid or collectable insurance covering the same property and interest provided herein.

**(5)** All policy(ies) provided by, to or through an entity other than the Named Insured, shall be provided to the Company as soon as is practical after the attachment of coverage.

**(6)** All policy(ies) provided by, to or through an entity other than the Named Insured, shall be maintained in full force and effect through the period of coverage set forth on any Company issued Project Certificate issued hereunder for any **INSURED PROJECT\*** in accordance with this Wrap Around Coverage.  The Company shall not be liable for any additional or greater broadening of the meaning or scope between this Policy and such others beyond that which existed at the time coverage hereunder attaches, regardless of any subsequent changes, expiration or cancellation of such other policy, without specific agreement in writing by this Company.

**E.   DEDUCTIBLE BUYBACK COVERAGE**

When the Named Insured declares coverage as Deductible Buyback Coverage, the following provisions will apply:

**(1)** In the event that any other valid insurance, covering on the same terms and conditions as covered in this Policy, is provided for an individual **INSURED PROJECT\*** by a party other than the Named Insured, this policy will cover the difference in the deductible between such other insurance and that provided herein subject to all other terms and conditions of this Policy.

**(2)** The premium will be developed by first calculating the premium for the **INSURED PROJECT\*** in accordance with the standard coverage Rating Conditions, then applying the percentage applicable to the difference in deductible shown in the Deductible Differential Table in the SCHEDULE OF RATES AND DEDUCTIBLES.  Any combination now shown in the Table must be referred to the Company.  See Rating Example in Section IV – Definitions and Examples.

**(3)** This provision does not apply to **CATASTROPHE PERILS** stated in the SCHEDULE OF RATES AND DEDUCTIBLES for which an additive rate applies.

**END OF SECTION I – COVERAGE AND EXCLUSIONS**

# SECTION II – RATES AND DEDUCTIBLES / RATING CONDITIONS

## TERMS

Whenever the following terms appear in **bold type** in the Declarations, the SCHEDULE OF RATES & DEDUCTIBLES or any Project Certificate issued hereunder, the following definitions shall apply:

1. **As Declared** – In order to effect coverage, the Insured will advise the sublimit of liability required and that sublimit will be shown on the individual Project Certificate.

2. **NA** – Denotes "Not Applicable" to that coverage, deductible, sublimit of liability or other policy provision.

3. **NCP** – Denotes "No Coverage is Provided".

4. **Refer** – The Insured must refer such risks to the Company for prior approval and determination of coverage terms and conditions before coverage can be effected.

## RATES AND DEDUCTIBLES

### *REFER TO THE SCHEDULE OF RATES & DEDUCTIBLES*

## RATING CONDITIONS

1. The following projects must be submitted to the Company for acceptance and rate and deductible determination prior to attachment of coverage hereunder.

   a. Any project having an estimated total Project Limit of Liability greater than **seventy-two (72)** months; or

   b. Any project having an estimated total Project Limit of Liability greater than this Policy's Limit of Liability stated under Paragraph 9.A of the Declarations or which requires Annual Aggregate Limits of Liability greater than that stated under Paragraph 9.C. of the Declarations; or

   c. Any project located outside of the Insured's Territory of Operations stated in the Declarations.

2. Any CATEGORY or CLASSIFICATION that is not shown in the SCHEDULE OF RATES AND DEDUCTIBLES or which states "Refer" under ANNUAL RATES or DEDUCTIBLE shall be submitted to the Company for acceptance and rate and deductible determination prior to attachment of coverage hereunder.

3. Unless otherwise stated in the SCHEDULE OF RATES AND DEDUCTIBLES, all rates will be applied per $100 against the estimated **TOTAL PROJECT VALUE\***.

4. The STANDARD COVERAGE rates do not contemplate coverage for any CATEGORY shown under CATASTROPHE PERILS, COVERAGE OPTIONS or TERRORISM.  When any of these CATEGORIES are provided the rates shown will be applied in addition to the STANDARD COVERAGE rates.

5. When Delay in Completion Coverage is selected the factor stated in the SCHEDULE OF RATES AND DEDUCTIBLES will be multiplied against the STANDARD COVERAGE rate which applies to the **INSURED PROJECT\*** and then the resulting rate will be multiplied per $100 of Delay in Completion value.  In addition, should coverage for the perils of **HOT TESTING\***, **EARTH MOVEMENT\***, **FLOOD\***, or **NAMED STORM\*** be provided, the factor stated in the SCHEUDLE OF RATES AND DEDUCTIBLES will be multiplied against the rate which applies for such peril(s) with the resulting rate multiplied per $100 of Delay in Completion values.

6. The rates shown in the SCHEDULE OF RATES AND DEDUCTIBLES do not include any taxes, fees, assessments or other required charges imposed by any local, municipal or state government.  In the event such charges are assessed, it shall be the Named Insured's responsibility to pay for such additional charges, which shall be billed to the Named Insured during the normal billing process.

**7. APPLICATION OF DEDUCTIBLES**

**A.** The applicable deductible shown in the SCHEDULE OF RATES AND DEDUCTIBLES shall be deducted from the amount of each claim and the liability of the Company shall be only for the amount of such insured loss or damage in excess thereof, subject to the applicable Limit, Sublimits or Annual Aggregate Limits of Liability.

**B.** The deductibles shall apply on an each **OCCURRENCE\*** basis for each **INSURED PROJECT\*** that sustains loss or damage.

**C.** When a percentage (%) deductible applies to a peril, the deductible is calculated by multiplying the percentage shown by the **TOTAL PROJECT VALUE IN PLACE\*** at the time of loss or damage.  If Covered Property at a Temporary Offsite Location or while in transit sustains loss or damage, the total value of such Covered Property shall be included when calculating the applicable deductible amount.  However, in no event shall the deductible be less than the dollar amount shown.  The deductibles shall apply on an each **OCCURRENCE\*** basis for each **INSURED PROJECT\*** that sustains loss or damage.   When a dollar amount is shown absent a corresponding percentage (%), then that amount shall be deducted.

**D.** In the event that more than one deductible applies to insured physical loss or damage from a single **OCCURRENCE\***, only the largest of the applicable deductibles will be applied, unless otherwise endorsed to a Project Certificate.

**E.** As respects Delay in Completion coverage, no liability shall exist unless the **DELAY\*** exceeds the respective **DEDUCTIBLE PERIOD\*** stated in the Project Certificate, and then liability shall be only for such part of the **DELAY\*** that is in excess of that **DEDUCTIBLE PERIOD\*.**  The number of days stated as a **DEDUCTIBLE PERIOD\*** will always be applied in addition to any dollar and/or percentage deductible stated for physical loss or damage.

**8. CATASTROPHE ZONES**

Refer to **AIG BUILDER'S RISK CATASTROPHE ZONE DESIGNATION** for zone identification in the application of **EARTH MOVEMENT\***, **NAMED STORM\*** and **FLOOD\*** annual aggregate limits, rates and deductibles.

**9. DEFINITIONS**

The following definitions shall be used to determine the annual rate and deductible in the application of the SCHEUDLE OF RATES AND DEDUCTIBLES.

**A.  CONSTRUCTION CLASSIFICATIONS**

**(1)** **FRAME** - Buildings where the walls are constructed of wood or other combustible materials, including when combined with other materials such as brick veneer, stone veneer, wood ironclad or stucco on wood.

**(2)** **JOISTED MASONRY** - Buildings where the walls are constructed of masonry materials such as clay, adobe, brick, gypsum block, cinder block, hollow concrete block, stone, tile, glass block or other similar material and where the floors and / or roof are combustible.

**(3)** **NON-COMBUSTIBLE** - Buildings where the walls, floors and roof are constructed of and supported by metal, asbestos, gypsum or other non-combustible material.

**(4)** **MASONRY NON-COMBUSTIBLE** - Buildings where the walls are constructed of masonry materials of the type described in JOISTED MASONRY above but with a floor and roof constructed of metal or other non-combustible materials.

**(5)** **FIRE RESISTIVE** - Buildings where the walls, floors and roof are constructed of fire resistive materials having a fire resistance rating of not less than two hours.

Reference to walls means the structural frame and support walls. Reference to floors means the floors and supports. Reference to roof means the roof deck and supports.

**B.   RENOVATIONS**

**(1)   NON-STRUCTURAL RENOVATIONS –** Interior finish work including the upgrade of existing building systems, and not involving any of the work described in (2) below.  Also includes non-structural alterations to the building exterior.

**(2)   STRUCTURAL RENOVATIONS –** Projects involving structural alterations to the structure such as: a) the moving or removal of load-bearing walls or supports; b) the installation of new stairwells or elevator shafts within a building; c) the construction of additional stories on top of existing structure; d) foundation work / underpinning; e) the restoration of buildings or structures damaged by fire, windstorm, collapse; or f) other work of a similar nature.

**END OF SECTION II – RATES AND DEDUCTIBLES / RATING CONDITIONS**

# SECTION III – GENERAL CONDITIONS

1. **OBSERVANCE OF CONDITIONS**

   The due observance and fulfillment of the terms and conditions of this policy by the Named Insured, insofar as they relate to anything to be done or complied with by the Named Insured, shall be a condition precedent to any liability of the Company to make payment for loss under this policy.

2. **INCREASED HAZARD**

   If the circumstances in which this insurance was entered into shall be altered or if the risk shall be materially increased, the Named Insured shall as soon as possible give notice in writing to the Company.

3. **MISREPRESENTATION & FRAUD**

   This policy shall be void if the Named Insured has concealed or misrepresented any material fact or circumstances concerning this insurance or the subject thereof, or in case of any fraud, attempted fraud or false swearing by the Named Insured touching any matter relating to this insurance or the subject thereof, whether before or after a loss.

4. **ERRORS & OMISSIONS**

   No unintentional errors or omissions in any information required to be reported to the Company will prejudice the Named Insured's right of recovery, but will be reported to the Company as soon as practicable when discovered.

5. **INSPECTION & AUDIT**

   While this policy is in effect, the Company can, at any reasonable time, inspect the insured property and operations. However, neither the Company's inspection nor any report thereof can serve as any representation that the insured property or operations are safe or healthful, or that they comply with any law, rule or regulation.

   The Company may also examine and audit the Named Insured's books and records at any reasonable time during the policy period and within one year after the final termination of the policy, as long as they relate to the subject matter of this policy.

6. **CLAIM AGAINST TRANSIT CARRIER AND/OR BAILEE**

   No claim for loss or damage during transit shall be payable hereunder until the Named Insured has filed a claim with and made reasonable efforts to secure payment from the transporting carrier and the carrier has denied liability.

7. **PROTECTION OF PROPERTY**

   The Named Insured will take reasonable steps to protect, recover or save the property insured and minimize any further or potential loss or damage when:

   **A.** The property insured has sustained direct physical loss or damage by an insured peril; or

   **B.** The property insured is in imminent danger of sustaining direct physical loss or damage by the perils of:

   **(1)** **NAMED STORM\*** or other related perils, but only when the potential for the same to occur has been forecasted by the National Weather Service;

   **(2)** **FLOOD\***, but only when the potential for the same to occur has been forecasted by the National Weather Service or the U.S. Army Corps of Engineers;

   **(3)** Fire;

   The acts of the Named Insured or the Company in protecting, recovering or saving the property insured will not be considered a waiver or an acceptance of abandonment. The Named Insured and the Company will bear the expense incurred proportionate to their respective interests.

8.  **EXAMINATION UNDER OATH**

The Named Insured shall submit and, so far as is within their power, shall cause all other persons to submit, to examination under oath by any persons named by the Company relative to any and all matters in connection with a claim and shall produce for examination all books of account, bills, invoices, and other vouchers or certified copies thereof if originals are lost, at such reasonable time and place as may be designated by the Company or its representatives and shall permit extracts and copies thereof to be made.

9.  **IN CASE OF LOSS**

   A.  **Notice of Loss**

   The Named Insured will report in writing to the Company every loss **OCCURRENCE\*** which may give rise to a claim under this policy as soon as practicable, but no later than **thirty (30)** days, after it becomes known to the Named Insured's Director of Risk Management.

   The knowledge of any **OCCURRENCE\*** by an agent, servant or employee of the Named Insured shall not itself constitute knowledge by the Named Insured unless the Named Insured's Director of Risk Management shall have received such notice from such agent, servant or employee.

   B.  **Proof of Loss**

   The Named Insured will, as soon as practicable, file with the Company a signed and sworn detailed proof of loss.

   C.  **Payment of Loss**

   All adjusted claims, including partial payments thereon, will be due and payable no later than sixty days after presentation and acceptance of proof of loss or partial proof of loss, as the case may be, by this Company or its appointed representative.

10. **PARTIAL LOSS**

The Company hereby grants permission to repair any partial damage to the property insured which can be conveniently and advantageously undertaken. The Company will reimburse the Insured who has suffered the loss for the actual cost of such repairs, subject always to the applicable deductible and limits of liability stated in the Declarations. Nothing in this clause shall be deemed to have waived the requirement that notice of loss be given forthwith to the Company as provided in the policy.

11. **SUBROGATION**

If the Company pays a claim under this policy, they will be subrogated, to the extent of such payment, to all the Insured's rights of recovery from other persons, organizations and entities. The Insured will execute and deliver instruments and papers and do whatever else is necessary to secure such rights.

The Company will have no rights of subrogation against:

   A.  Any person or entity, which is a Named Insured or an Additional Insured;

   B.  Any other person or entity, which the Insured has waived its rights of subrogation against in writing before the time of loss;

   C.  Notwithstanding the foregoing, it is a condition of this policy that the Company shall be subrogated to all the Insured's rights of recovery against:

   (1)  any Architect or Engineer, whether named as an Insured or not, for any loss or damage arising out of the performance of professional services in their capacity as such and caused by any error, omission, deficiency or act of the Architect or Engineer, by any person employed by them or by any others for whose acts they are legally liable, and

   (2)  any manufacturer or supplier of machinery, equipment or other property, whether named as an Insured or not, for the cost of making good any loss or damage which said party has agreed to make good under a guarantee or warranty, whether expressed or implied.

The Insured will act in concert with the Company and all other interest concerned in the exercise of such rights of recovery. The Insured will do nothing after a loss to prejudice such rights of subrogation.

If any amount is recovered as a result of such proceedings, the net amount recovered after deducting the costs of recovery, will accrue first to the Company. Any excess of this amount will be remitted to the Insured. If there is no recovery, the interests instituting the proceedings will bear the expense of the proceedings proportionately.

**12. <u>CONTRIBUTING INSURANCE</u>**

Permission is granted for other policies written upon the same terms, exclusions, limitations and conditions as those contained herein.

This policy will contribute to the total of each loss otherwise payable herein to the extent of the participation of this policy in the total limit of liability as provided by all policies written upon the same terms, exclusions, limitations and conditions as those contained in this policy.

**13. <u>EXCESS INSURANCE</u>**

Permission is granted the Insured to have excess insurance over the limit of liability set forth in this policy without prejudice to this policy, nor will the existence of such insurance, if any, reduce any liability under this policy.

**14. <u>OTHER INSURANCE</u>**

Except as stated in CONTRIBUTING INSURANCE and EXCESS INSURANCE above, if there is other collectible insurance, this policy will cover as excess insurance and will not contribute with such other insurance.

**15. <u>UNDERLYING INSURANCE</u>**

Permission is given for the Insured to purchase insurance on all or any part of the deductible(s) of this policy. The existence of such underlying insurance shall not prejudice or affect any recovery otherwise payable under this policy.

**16. <u>RECOVERY OR SALVAGE</u>**

Any recovery or salvage excluding:

**A.** proceeds from subrogation and other insurance recovered or received after a loss settlement under this policy;

**B.** any recovery from suretyship, insurance, reinsurance, security or indemnity taken by or for the benefit of the Company;

will apply as if recovered or received prior to the loss settlement and the loss will be readjusted accordingly.

**17. <u>ASSISTANCE AND COOPERATION OF THE INSURED</u>**

The Named Insured shall cooperate with the Company and upon the Company's request and expense, shall attend hearings and trials and shall assist in effecting settlements, in securing and giving evidence, in obtaining the attendance of witnessed, and in conducting suits.

**18. <u>BANKRUPTCY OR INSOLVENCY</u>**

Bankruptcy or insolvency of the Named Insured shall not relieve the Company of any of its obligations under this policy.

**19. <u>BRANDS & TRADEMARKS</u>**

In case of loss or damage by an insured peril to insured property bearing a brand, trademark or label, the Company may take all or any part of the property at any agreed or appraised value. If so, the Named Insured may, at their own expense:

**A.** Stamp salvage on the property or its container, if the stamp will not physically damage the property; or

**B.** Remove the brand, trademark or label, if doing so will not physically damage the property. The Named Insured must re-label the property or its container to comply with the law.

**20.  ENTRY, CONTROL, ABANDONMENT**

After loss or damage to insured property, the Company shall have an immediate right of access and entry by accredited agents sufficient to enable them to survey and examine the property, and to make an estimate of the loss or damage and, after the Insured has secured the property, a further right of access and entry sufficient to enable them to make an appraisal or estimate of the loss or damage, but the Company shall not be entitled to the control or possession of the property, and without the consent of the Company there can be no abandonment of the property insured.

**21.  PAIR & SET**

**A.**  In the event of loss of or damage to any insured article or articles which are part of a pair or set, the measure of loss of or damage to such article or articles will be a reasonable and fair proportion of the total value of the pair or set, giving consideration to the importance of said article or articles, but in no event will such loss or damage be construed to mean total loss of the pair or set; or

**B.**  In the event of loss or damage to any part of property insured consisting, when complete for use, of several parts, the Company will only be liable for the value of the part lost or damaged.

**22.  APPRAISAL**

If the Insured and the Company fail to agree as to the value of the property or the amount of loss, either may make written demand for an appraisal. In this event, each party will choose a competent and impartial appraiser within twenty days after receiving a written request from the other. The appraisers will then select an umpire. If they cannot agree upon an umpire within **fifteen (15)** days, either may request the selection by a judge of a court having jurisdiction. The appraisers will then appraise the loss, stating separately the value of the property and the amount of loss to each item, and failing to agree, will submit their differences to the umpire. A decision in writing, so itemized, of any two will be binding. Each party will pay its chosen appraiser and bear the other expense of the appraisal and umpire equally. The Company shall not be held to have waived any of its rights by any act relating to appraisal.

**23.  ASSIGNMENT**

The Insured may not assign this Policy without the Company's prior written consent.

**24.  BENEFIT TO BAILEE**

This policy will not inure, directly or indirectly, to the benefit of any carrier or bailee.

**25.  SUIT AGAINST COMPANY:**

No suit, action or proceeding for the recovery of any claim under this Policy shall be sustainable in any court of law or equity unless you shall have fully complied with all the requirements of this Policy, nor unless the same be commenced within 24 months immediately after the date of the loss, provided however, that if under the laws of the applicable jurisdiction such time limitation is unenforceable, then the period within which such action or proceeding must be commenced shall be the shortest period of time permitted by the laws of such jurisdiction

**26.  STATUTES:**

If any Article(s) herein stated conflict with the laws or statutes of any jurisdiction within which this policy applies, such Article(s) are hereby amended to conform to said laws or statutes.

**27.  TITLES OF PARAGRAPHS:**

The several titles of the various paragraphs of this form and endorsements attached to this policy are inserted for reference and shall not be deemed in any way to affect the provisions to which they relate.

**28.  APPLICABILITY OF POLICY:**

All terms, conditions, exclusions and limitations of this Policy shall apply equally to each **INSURED PROJECT\*** unless endorsed hereunder or modified to the contrary within any Certificate.

29. **ALTERNATIVE DISPUTE RESOLUTION**

    **A.** If the Company and the Named Insured disagree, after making a good faith effort to reach an agreement on an issue concerning this Policy, either party may request that the following procedure be used to settle such disagreement:

        **(1)** The Company or the Named Insured may request of the other in writing that the dispute be settled according an alternative dispute resolution procedure

        **(2)** If the Company and the Named Insured agree to proceed, they will jointly select and alternative dispute resolution technique for resolution of the dispute.

        **(3)** If the parties cannot agree on a method to resolve the issue in dispute within **sixty (60)** days of written request, the parties will contact either the American Arbitration Association or the state mediation or dispute resolution service and will use their services to select or devise a dispute resolution mechanism.

        **(4)** Alternative dispute resolution procedures that may be used include mediation, binding arbitration and mini-trials, except where prohibited by applicable law or regulation.

        **(5)** All expenses of the alternative dispute resolution procedure will be shared equally by both parties.

    Any decision or award made as a result of the alternative dispute resolution procedure shall always be limited by the Coverage Terms and Conditions, Limits, Sublimits and Aggregate Limits of Liability of this Policy.

    **B.** This Alternative Dispute Resolution shall not be available for the following:

        **(1)** Any dispute involving asbestos including loss, damage or debris removal expense.

        **(2)** Any dispute involving debris removal expense for **CONTAMINANTS OR POLLUTANTS\*.**

        **(3)** Any dispute where coverage is denied based on arson or other attempted fraud by the Named Insured.

        **(4)** Any dispute within the scope of and governed by the APPRAISAL/ARBITRATION clause above.

30. **APPLICABILITY OF POLICY**

    All terms, conditions, exclusions and limitations of this Policy shall apply equally to each **INSURED PROJECT\*** unless specifically endorsed to this Policy or modified within an individual Project Certificate.

31. **VALUATION**

    In the event of loss or damage by an insured peril and subject to the applicable Policy Limit, Sublimit or Annual Aggregate Limit of Liability as the case may be, the basis of adjustment of a claim at the time of loss, unless otherwise endorsed, shall be as follows:

    **A. PROPERTY UNDER CONSTRUCTION\*** (except **Property of Others**) – The actual cost to repair or replace the lost or damaged property, valued as of the time and place of loss, with material of like kind and quality, less betterment, including contractor's profit and overhead, in the same percentage allocated in the original contract documents. If not so replaced, loss shall be settled on an Actual Cash Value basis with proper deduction for depreciation and exclusive of profit and overhead.

    **B. TEMPORARY WORKS\*** – The actual cash value of the lost or damaged property valued as of the time and place of loss.

    **C. Property Of Others** (including items supplied by the owner or for which the Insured is legally responsible) - The actual cost to repair or replace the property lost or damaged with material of like kind and quality including contractor's charges incurred prior to loss and related to such property, if any, less betterment, or owner's cost, whichever is less.

    **D. Plans, Blueprints, Drawings, Renderings, Specifications Or Other Contract Documents And Models** – If replaced, the cost to reproduce with property of like kind and quality including the cost of gathering or assembling information from back up data. If not replaced, the value of blank material.

**E. LANDSCAPING MATERIALS\*** – (1) The cost to replace with property of like kind and quality, and (2) the labor necessary to replace such property.

**F. Property in Transit** – The invoice cost plus accrued shipping charges less shipper's liability, if any.

**G**. **Delay in Completion Coverage** – Actual Loss Sustained during the **PERIOD OF INDEMNITY\***

## 32. ANNUAL AGGREGATE LIMITS OR SUBLIMITS OF LIABILITY

If a Limit or sublimit stated in this Policy or any Project Certificates issued hereunder is specified as an Annual Aggregate, then the Company shall not be liable for more than the specified Limit or sublimit for all **OCCURRENCES\*** during any annual (365 days, or if leap year, 366 days) period, beginning with the Effective Date of this Policy or the underlying Project Certificate. If the Policy Term is greater than twelve (12) months, such sublimit shall apply in the aggregate to all losses occurring during each twelve (12) month period, beginning with the Effective date of the Policy or the underlying Project Certificate and each subsequent anniversary date.

Annual Aggregate Limits or sublimit(s) not used in any twelve (12) month period are not cumulative to any other twelve (12) month period.

## 33. REINSTATEMENT OF LIMIT AFTER LOSS

With the exception of loss or damage caused by perils that are subject to aggregate limits, any loss hereunder will not reduce the amount of this Policy or underlying Project Certificate, except for a loss to the **INSURED PROJECT\*** that exhausts the total POLICY LIMIT OF LIABILITY or CERTIFICATE LIMIT OF LIABILITY for that **INSURED PROJECT\***, in which event, coverage will end and the Company will refund the unearned premium.

## 34. CANCELLATION

**A.** Coverage under this Policy, its quarterly reports or any Project Certificate may be canceled by the first Named Insured by mailing or delivering to the Company written notice stating when thereafter such cancellation shall be effective.

**B.** This Policy may be canceled by the Company by mailing or delivering written notice to the first Named Insured, at the address shown in this Policy or last known address, stating when, in accordance with the laws of the state within which the Insured's headquarters is domiciled, but not less than ninety (90) days thereafter, such cancellation shall be effective.

**C.** The Company may cancel an **INSURED PROJECT\*** covered by a quarterly report or Project Certificate to this Policy by mailing written notice to the Named Insured at the address shown in this Policy, or last known address, stating when, in accordance with the laws of the state within which the property is located, such cancellation shall be effective.

If any specific state amendatory endorsement provides less than 90 days notice of cancellation for reasons other than non-payment of premium, where permitted by law, the Company shall provide the 90 days notice set forth herein.

**D.** In the event of the first Named Insured's non-payment of any premium due under this Policy or for any Project Certificate or quarterly report, said notice shall be **ten (10)** days.

**E.** The mailing of notice as aforementioned shall be sufficient proof of notice and the effective date of cancellation stated in the notice shall become the end of the Policy or Project Certificate period. Delivery of such written notice either by the first Named Insured or by the Company shall be equivalent to mailing.

**F.** Payment or tender of any unearned premium by the Company shall not be a condition precedent to the effectiveness of cancellation, but such payment shall be made as soon as practicable.

**G.** The Company shall pay return premium to the Named Insured on a pro-rata basis if the Company cancels and on a short rate basis if the Named Insured cancels.

**35. MORTGAGE HOLDERS**

The term "mortgage holder" includes lenders and trustees.

**A.** The Company will pay for covered loss or damage to each mortgage holder shown on a Project Certificate or on an ACORD Certificate of Insurance (or equivalent) issued to confirm coverage under this Policy, in their order of precedence, as their interests may appear.

**B.** The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the **INSURED PROJECT***.

**C.** If the Company denies a claim due to acts of the Insured or because the Insured has failed to comply with the terms of this Policy or the Project Certificate, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

**(1)** At the Company's request, pays any premium due under this Policy or Project Certificate if the Insured has failed to do so;

**(2)** Submits a signed, sworn statement of loss within sixty (60) days after receiving notice from the Company of the Insured's failure to do so; and

**(3)** Has notified the Company of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Policy and/or the Project Certificate will then apply directly to the mortgage holder.

**D.** If the Company pays the mortgage holder for any loss or damage and denies payment to the Insured due to the Insured's acts or failure to comply with the terms of this Policy or Project Certificate:

**(1)** The mortgage holder's rights under the mortgage will be transferred to the Company to the extent of the amount paid by the Company; and

**(2)** The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired by the Insured's acts or failure.

The Company has the option to pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, the mortgage and note will be transferred to the Company and the Insured will pay their remaining mortgage debt to the Company

**E.** If the Company cancels this Policy or a Project Certificate, the Company will give written notice to the mortgage holder at least:

**(1) Ten (10)** days before the effective date of cancellation if cancellation is due to nonpayment of premium; or

**(2) Thirty (30)** days before the effective date of cancellation if cancellation is due to any other reason.

**F.** If the Company elects not to renew this Policy, the Company will give written notice to the mortgage holder at least **ten (10)** days before the expiration date of this Policy.

**36. DELAY IN COMPLETION – CONDITIONS IN THE EVENT OF A LOSS**

**A.** The Named Insured shall do, agree to do, and permit to be done all such things as may be reasonably practicable to minimize the extent of any interference with the **CONSTRUCTION SCHEDULE*** so as to avoid or diminish any **DELAY*** resulting therefrom.

**B.** It is a condition of this insurance that as soon as practical the Named Insured shall begin **NORMAL OPERATIONS***.

**C.** Upon request by the Company, the Named Insured shall make available all records and information relevant to the determination of loss and expenses related to reducing loss.

**D.**  Upon the expiration of one month after the beginning of the **PERIOD OF INDEMNITY\*** and each month thereafter, if it is possible to determine the minimum amount which the Company may be liable to pay for such period, the Company shall pay such amount to the Named Insured as an installment of the total loss.

**E.**  In the event of payment hereunder, the Company shall conduct an audit of the Named Insured's records twelve months after the commencement of operations to determine the loss as defined by this Policy as well as any expenses incurred by the Named Insured related to reducing loss.  Due consideration shall be given to seasonable patterns, trends, variations or special circumstances which would have affected the business had the **DELAY\*** not occurred so that the amount thus adjusted shall represent as nearly as may be reasonably practicable the amount which, in the absence of the **DELAY\*** would have been realized.  Any amount saved in respect of labor costs, charges and expenses that have ceased or reduced during the **PERIOD OF INDEMNITY\*** and liquidated damage the Named Insured is entitled to receive from others, whether collectible or not, shall be deducted from the loss during the **PERIOD OF INDEMNITY\*.**

**F.**  In the event the amount of loss determined by the audit is less than or exceeds the sum paid by the Company during the **PERIOD OF INDEMNITY\*,** the difference between the two amounts shall be paid by or to the Company as the case may be.

**END OF SECTION III – POLICY CONDITIONS**

# SECTION IV – DEFINITIONS

## DEFINITIONS

**Wherever in this Policy or any endorsement attached hereto a word or words appear in capitalized bold face type followed by an asterisk (\*), the following definitions will be applied in the interpretation of such wording.**

1. **ADDITIONAL INTEREST / FINANCING EXPENSES**
   Includes: (1) Additional Interest charged by lenders to extend or renew interim financing, and interest and/or principal payments that are due and must be paid whether or not the **INSURED PROJECT\*** is operational; and (2) Additional costs incurred to obtain new financing for the project should the financing expire or be nonrenewed as well as additional loan fees incurred to rearrange financing necessary to complete the **INSURED PROJECT\***.

2. **ANTICIPATED DATE OF COMPLETION**
   The date stated in the underlying Project Certificate on which the work is scheduled to be completed for commencement of commercial operation for use and occupancy.

3. **CONSTRUCTION SCHEDULE**
   Any time table, critical path, time line, bar chart or other scheduling vehicle setting out the times for starting and completing each of the operations required for the construction of the **INSURED PROJECT\*.**

4. **CONTAMINANTS OR POLLUTANTS**

   Any material which, after its release, can cause or threaten damage to human health or human welfare or which can cause or threaten damage, deterioration, loss of value, marketability or loss of use to Covered Property hereunder as listed in the Federal Water Pollution Control Act, Clean Air Act, Resource Conservation and Recovery Act of 1976, and Toxic Substances Control Act, or as designated by the US Environmental Protection Agency.

5. **DEDUCTIBLE PERIOD**

   The number of calendar days stated in the underlying Project Certificate, beginning with the **ANTICIPATED DATE OF COMPLETION\*.**

6. **DELAY**

   The period of time between the **ANTICIPATED DATE OF COMPLETION\*** and the actual date on which commercial operations or use and occupancy can commence with the exercise of due diligence and dispatch.

7. **EARTH MOVEMENT\***

   **EARTH MOVEMENT\*** means:

   A. All land movement due to seismic activity, including earthquake, shocks, tremors, volcanic action, earth rising or shifting, landslide, tsunami, subsidence, sinkhole, and rock fall.

   B. Direct physical loss or damage by fire or explosion resulting from **EARTH MOVEMENT\*** as defined above, will not be considered loss by **EARTH MOVEMENT\*** within the terms and conditions of this policy.

8. **FLOOD**

   **FLOOD\*** means:

   A. A general and temporary condition of partial or complete inundation of normally dry land areas, including dewatered areas, from:

   (1) The rising, overflow, or expansion beyond normal boundaries of any body of water or watercourse, whether such body of water or watercourse is natural or man made;

**(2)** The release or breaking of the boundaries of natural or man-made bodies of water or watercourses including the release or overflow of any water impounded by a dam, dike, reservoir or any other barrier or diversionary device;

**(3)** Waves, tide or tidal waters, and storm surge;

**(4)** The unusual and rapid accumulation or runoff of surface waters from any source;

**(5)** Mudslides or mudflows where mudslide or mudflows means a river of liquid and flowing mud on the surfaces of normally dry land areas, as when earth is carried by a current of water and deposited along the path of the current;

or the spray from any of the foregoing, whether driven by wind or not.

**B.** Direct physical loss or damage by fire or explosion resulting from Flood as defined above, will not be considered loss by **FLOOD\*** within the terms and conditions of this policy.

## 9. FUNGUS, MOLD OR SPORE*

**A.** **Fungus** including, but not limited to, any of the plants or organisms belonging to the major group fungi, lacking chlorophyll, and including **mold**, yeast, rusts, mildews, smuts and mushrooms;

**B.** **Mold** including, but not limited to, any superficial growth produced on damp or decaying organic matter or on living organisms, and **fungi** that produce **mold**; and/or

**C.** **Spore** including, but not limited to, any dormant or reproductive body produced by or arising or emanating out of any **fungus**, **mold**, mildew, plants, organisms or microorganisms.

## 10. GROSS EARNINGS

Gross revenues from the planned operation of the **INSURED PROJECT\*** upon occupancy or commercial service which are not realized during the **PERIOD OF INDEMNITY\*** and which would have been earned by the Named Insured if the **DELAY\*** had not occurred, less non-continuing expenses.

## 11. HIGH HAZARD PERILS

Earthquake Zone 1 and ZONE 2, **FLOOD\*** Zones A, Z, Shaded X or B and Wind Zone 1 as defined in **AIG BUILDER'S RISK CATASTROPHE ZONES\*** attached to this Policy.

## 12. INSURED PROJECT

Work which the Insured has contracted for or is contractually obligated to perform in accordance with the written construction contract.

## 13. LANDSCAPING MATERIALS

Trees, plants, shrubs, grass and lawns planted as part of the **INSURED PROJECT\***, but excluding such materials that already exist at the location of the **INSURED PROJECT\*** prior to the start of the project.

## 14. NAMED STORM

**NAMED STORM\*** means wind, wind gusts, hail, rain, tornadoes, or cyclones caused by or resulting from a specific storm system that has been named by the National Hurricane Center (NHC) or the Central Pacific Hurricane Center (CPHC) or any comparable worldwide equivalent beginning when such organization issues a watch or warning and ending 72 hours after the termination of the watch or warning; however, **NAMED STORM\*** does not include loss or damage caused by **FLOOD\*** related to or resulting from a **NAMED STORM\***.

15. **NORMAL OPERATIONS**

   **NORMAL OPERATIONS\*** means The Business of the Principal shall be deemed to have commenced on the date of the Certificate of Practical Completion, or upon handover to the Principal, or the taking over by the Principal of the Project or of any part thereof which shall be capable (at that date) of earning revenues, whichever shall occur first.

16. **OCCURRENCE**

   With the exception of the perils of **EARTH MOVEMENT\*, FLOOD\*,** and **NAMED STORM\***, **OCCURRENCE\*** includes all losses or damages that are attributable directly or indirectly to one cause or a series of causes and includes all resultant or concomitant losses wherever located. All such losses or damages will be treated as one **OCCURRENCE\***.

   As respects the peril of **EARTH MOVEMENT\***, an **OCCURRENCE\*** shall mean all losses or damages arising during a continuous period of seventy-two (72) hours during the term of this Policy. The Insured may elect the moment when the seventy-two (72) hour period begins, but no two such periods shall overlap. Such **EARTH MOVEMENT\*** shall be deemed to be a single **OCCURRENCE\*** within the meaning of this Policy.

   As respects the peril of **NAMED STORM\***, **OCCURRENCE\*** shall mean all losses or damages arising during a continuous period of seventy-two (72) hours during the term of this Policy. The Insured may elect the moment when the seventy-two (72) hour period begins, but no two such periods shall overlap. Such **NAMED STORM\*** shall be deemed to be a single **OCCURRENCE\*** within the meaning of this Policy.

   As respects the peril of **FLOOD\***, **OCCURRENCE\*** shall mean all losses or damages arising during a continuous condition as defined in the definition of **FLOOD\***.

   The Company shall not be liable for any such loss or damage occurring before the effective date and time or occurring after the expiration date and time of this Policy; however, with regard to **EARTH MOVEMENT\*** and **NAMED STORM\*** only, the Company will be liable for any loss occurring for a period, of up to seventy-two (72) consecutive hours after the expiration of this policy provided that the **OCCURRENCE\*** takes place prior to the date and time of the expiration of this policy.

17. **PERIOD OF INDEMNITY**

   The number of calendar days stated in the Project Certificate which are in excess of the **DEDUCTIBLE PERIOD\*.** The **PERIOD OF INDEMNITY\*** for any insured **DELAY\*** hereunder shall not be limited or otherwise affected by the expiration, cancellation or termination of the Policy.

18. **PROPERTY UNDER CONSTRUCTION**

   Property, including materials, supplies, equipment, machinery, and other property of a similar nature, being property of the Insured or of others for which the insured may have assumed responsibility, that will become a permanent part of the **INSURED PROJECT\***, the value of which has been included in the estimated **TOTAL PROJECT VALUE\*** declared by the first Named Insured in quarterly reports or Project Certificates issued hereto, all when used or to be used in site preparation (including demolition of existing structures as required by the contract), fabrication or assembly, installation or erection, alteration, renovation or construction of the **INSURED PROJECT\***.

19. **RENTAL INCOME**

   Revenues from rentals and leases not realized during the **PERIOD OF INDEMNITY\*** which would have been earned by the Named Insured if the **DELAY\*** had not occurred, less non-continuing expenses.

20. **SOFT COSTS / ADDITIONAL EXPENSE**

   Expenditures that are necessarily incurred during the **PERIOD OF INDEMNITY\*** that would not have been incurred by the Named Insured if the **DELAY\*** had not occurred consisting of the following to the extent scheduled on the underlying Project Certificate:

   **A.** Legal/Accounting Fees: Fees for legal work incurred to revise contracts or other documents, and additional account work incurred to renew or restructure the financing;

**B.** Design Professional Fees: Fees for services provided by Architects, Engineers and other Design Professionals;

**C.** Realty Taxes/Ground Rents: Realty taxes, ground rents or other assessments actually incurred;

**D.** Insurance Premiums: Insurance premiums for extending or renewing coverage;

**E.** Project Administration Expense/General Overhead: Project administration expense such as temporary office space, additional clerical expense and other similar expenses;

**F.** Advertising/Marketing Expense: Advertising and promotional expenses;

**G.** Leasing/Commission Expense: Costs of renegotiating and pre-leasing of the project, including costs of additional commissions incurred upon renegotiating leases;

**H.** Other Expenses, as accepted by the Company and specifically described on the Project Certificate.

## 21.  SOFTWARE LOSS

Loss of or damage to a program, software or operating system, programming instruction or data arising out of or resulting from any failure, malfunction, deficiency, deletion, fault, **VIRUS*** or corruption. **SOFTWARE LOSS*** includes loss or damage resulting from any authorized or unauthorized access in, of or to any computer, communication system, file server, networking equipment, computer system, computer hardware, data processing equipment, computer memory, microchip, microprocessor (computer chip), integrated circuit or similar device in computer equipment, any program, computer software or operating systems, programming instructions or data.

## 22.  TEMPORARY WORKS

Scaffolding (including scaffolding erection costs), formwork, falsework, shoring, fences, and temporary buildings or structures, including office and job site trailers,  incidental to the project, the value of which has been included in the estimated **TOTAL PROJECT VALUE*** of the **INSURED PROJECT*** declared by the Named Insured in quarterly reports or Project Certificates issued hereto.

## 23.   TESTING

**A.** **HOT TESTING*** - Any start up, commissioning or other forms of **TESTING*** making use of any feedstock, catalyst or similar media including operation or performance tests.

**B.** **COLD TESTING*** - Any **TESTING*,** exclusive of **HOT TESTING*** as defined above, including electrical, mechanical, hydraulic, hydrostatic and pneumatic.

**C**. For the purposes of the foregoing definitions, the startup, **TESTING*** and commissioning of systems and equipment intended to service a building, including boilers, chillers, pumps and similar equipment, shall be considered **COLD TESTING*.**

## 24.  TESTING PERIOD

As respects **HOT TESTING*, TESTING PERIOD*** shall mean that period beginning with the introduction into the Covered Property of feedstock, catalyst or similar media for production, processing or handling or the commencement of supply to a system and continuously thereafter, whether or not such **HOT TESTING*,** commissioning or startup is continuous or intermittent, and terminating on the expiry of the period of time as provided in the Project Certificate.

## 25.  TOTAL PROJECT VALUE

The total value of **PROPERTY UNDER CONSTRUCTION*, TEMPORARY WORKS*,** existing structures (when endorsed to the Project Certificate) and **LANDSCAPING MATERIALS***; plus labor costs that will be expended in the **INSURED PROJECT***; plus site general conditions, construction management fees, and contractor's profit and overhead, all as declared in quarterly reports or Project Certificates issued hereto.

**26.  TOTAL PROJECT VALUE IN PLACE**

The **TOTAL PROJECT VALUE\*** that has already been constructed, erected or installed (including existing structures, if covered by a Project Certificate); plus Covered Property that is waiting to be constructed, erected or installed, all while at the location of the **INSURED PROJECT\*** at the time of loss or damage.

**27.  VIRUS**

Any software, data or code that affects the operation or functionality of any computer, communication system, file server, networking equipment, computer system, computer hardware, data processing equipment, computer memory, microchip, microprocessor (computer chip), integrated circuit or similar device in computer equipment, program, computer software or operating systems, programming instructions or data including any destructive program, computer code, computer **VIRUS\***, worm, logic bomb, denial of service attack, smurf attack, vandalism, Trojan Horse or any other data introduced into any electronic system causing deletion, destruction, degradation, corruption, malfunction or compromise to data, software or electronic business systems.

**28.  WATER DAMAGE**

Physical loss or damage caused by water, whether or not driven by wind, other than that otherwise defined as **FLOOD\*** or that resulting from a **NAMED STORM\*.**

**END OF SECTION IV – DEFINITIONS AND EXAMPLES**

**ENDORSEMENT #001**

**This endorsement, effective 12:01 AM**, 08/04/2016
**Forms a part of Policy No.:** 34575292
**Issued to:** MUNILLA CONSTRUCTION MANAGEMENT, LLC D/B/A MCM
**By:** LEXINGTON INSURANCE COMPANY

## ECONOMIC SANCTIONS ENDORSEMENT

This endorsement modifies insurance provided by the Policy:

The Insurer shall not be deemed to provide cover and the Insurer shall not be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose the Insurer, its parent company or its ultimate controlling entity to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union or the United States of America.

All other terms and conditions of the Policy remain the same.

_____
Authorized Representative

ENDORSEMENT #002

**This endorsement, effective 12:01 AM**, 08/04/2016
**Forms a part of Policy No.:** 34575292
**Issued to:** MUNILLA CONSTRUCTION MANAGEMENT, LLC D/B/A MCM
**By:** LEXINGTON INSURANCE COMPANY

| MCM 08/04/2016 – 08/04/2017 | | | | |
|---|---|---|---|---|
| **Rate & Deductible Schedule** | | | | |
| **STANDARD RATE CATEGORIES** | | | | |
| **CATEGORY** | **CLASSIFICATION** | | **Rate - per $100** | **Deductible** |
| Buildings (including parking decks) - Other | Fire Resistive / Non-Combustible / Masonry Non-Combustible | | 0.0525 | $10,000 |
| | Joisted Masonry | | 0.150 | $25,000 |
| | Wood Frame | | 0.300 | $25,000 |
| Buildings (including parking decks) - Renovations | Non Structural | | Per Above | Per Class Above |
| | Structural | | 125% of above rates | Per Class Above |
| Bridges (types of bridges not specified, to be referred) | Over Land | Plate Or Deck Girder | 0.0650 | $25,000 |
| | | Box Girder | 0.0800 | $25,000 |
| | | Highway Interchanges | 0.0600 | $25,000 |
| | | Truss Or Tied Arch | Refer | Refer |
| | Over Water | Plate Or Deck Girder | 0.0900 | $25,000 |
| | | Box Girder | 0.1050 | $25,000 |
| | | Truss Or Tied Arch | Refer | Refer |
| | | Bascule, Swing Or Lift | Refer | Refer |
| | | Suspension / Cable Stayed | Refer | Refer |
| | | Floating / Pontoon | Refer | Refer |
| | Bridge Rehabilitation | Non-Seismic | 140% of above rates | Per Class Above |
| | | Seismic | 200% of above rates | Per Class Above |
| Piers / Docks / Wharves | Piers | Timber | 0.3500 | $25,000 |
| | | Concrete on Timber Piles | 0.2100 | $25,000 |
| | | Concrete on Concrete or Steel Piles | 0.1250 | Refer |
| | Canals or Embankments | | 0.1800 | $25,000 |
| | Dry Docks | | 0.2100 | $25,000 |
| Highways | Elevated Roadways & Interchanges | | 0.0600 | $10,000 |
| | Paving / Utilities / Other Site Preparation | | 0.0400 | $10,000 |
| Sewer / Water | Plant / Buildings / Equipment | | 0.0525 | $10,000 |
| | Buildings Only | | See Buildings | See Buildings |
| All Other Projects | All other project types not listed above including, but not limited to, pipelines, tunnels,  shafts, dams, stadiums, chemical, petrochemical, refineries / gas & power plants,  breakwaters or jetties | | Refer | Refer |
| **OPTIONAL COVERAGES  (Rates in Addition to Standard Rates)** | | | | |
| **CATEGORY** | **CLASSIFICATION** | | **Rate - per $100** | **Deductible** |
| Delay In Completion | All Classifications Except Bridges & Casinos | Standard Coverage | 150% Of All Applicable Standard Rates | 15 Days |
| | | Optional Coverage | 150% Of All Optional  Rates | 30 days |
| Cold Testing | Standard Building Systems | | Included | Per Class Above |
| Hot Testing | All Classifications Above | | Refer | Refer |
| Damage to Existing Property - Limited | Max $5,000,000 Limit (Rate applied to limit above $1,000,000) | | 0.070 | Per Classification Above |
| **CATEGORY** | **CLASSIFICATION** | | **Rate - per $100** | **Deductible** |
| Earthquake | All Zone 1 | | Refer | Refer |
| | All Zone 2 | | Refer | Refer |
| | All Other Earthquake (Zones 3 and 4) | | Included | $25,000 |
| | US Territories & Possessions | | Refer | Refer |
| Flood | High Hazard - Zones A or V | | 0.060 | 5%, min. $250,000 |
| | High Hazard - Zones Shaded X or B | | 0.025 | 2%, min. $100,000 |
| | Zone D | | 0.060 | 5%, min. $250,000 |
| | Zone Unshaded X or C | | Included | $25,000 |
| | US Territories & Possessions | | Refer | Refer |
| Named Storm | The following rates are per wind month which runs from June 1st through November 30th | | | |
| | All Zone 1 | | 0.025 | 5%, min. $250,000 |
| | All Zone 2 | | 0.010 | 2%, min. $100,000 |
| | All Other - Zones 3 and 4 | | Included | Per Classification Above |
| | US Territories & Possessions | | Refer | Refer |
| Water Damage | All Classifications | | Included | $50,000 |
| Terrorism | Terrorism | High Hazard (NYC, Chicago, DC, San Fran, Houston, Seattle, Los Angeles, Philly, Boston, Miami, Las Vegas) | 5.0% of Standard Premiu | Per Classification Above |
| | | All Other | 6.0% of Standard  Premium | Per Classification Above |



_____
Authorized Representative

**ENDORSEMENT #003**

**This endorsement, effective 12:01 AM**, 08/04/2016
**Forms a part of Policy No.:** 34575292
**Issued to:** MUNILLA CONSTRUCTION MANAGEMENT, LLC D/B/A MCM
**By:** LEXINGTON INSURANCE COMPANY

## TERRORISM EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided by the Policy:

This insurance does not cover loss or damage caused directly or indirectly by **terrorism** whether controlled or uncontrolled, proximate or remote, sudden or over any length of time, or which is contributed to or aggravated by any other cause or event.  Such **terrorism** is excluded regardless of any other cause or event occurring concurrently or in any sequence with such **terrorism**.

As used herein, **terrorism** means the use or threatened use of force or violence against a person or property, or commission of an act dangerous to human life or property, or commission of an act that interferes with or disrupts an electronic or communication system, undertaken by any person or group, whether or not acting on behalf of or in any connection with any organization, government, power, authority or military force, when the effect is to intimidate, coerce or harm:

    **a.**  A government;

    **b.**  The civilian population of a country, state or community; or

    **c.**  Disrupt the economy of a country, state or community.

So long as the Terrorism Risk Insurance Act of 2002, and any revisions or amendments thereto is in effect (the "Act"), **terrorism** includes a certified act of terrorism defined by Section 102. Definitions of the Act.

All other terms and conditions of the Policy remain the same.

_____
Authorized Representative

©2014 American International Group, Inc.
All Rights Reserved.



**Lexington Insurance Company**
**175 Water Street**
**New York, New York  10038**

## PROJECT CERTIFICATE

CERTIFICATE PERIOD     __10/31/16__ to __07/18/18__    CERTIFICATE NUMBER     __34575316__

This Certificate follows the terms and conditions of the Master Builders Risk Policy: __34575292__

This certificate neither affirmatively nor negatively amends, extends or alters the coverage, limits, terms or conditions of the policy unless expressly stated herein.

| NAMED INSURED (include address) | Munilla Construction Management, LLC d/b/a MCM<br><br>6201 SW 70th Street, 2nd Floor<br>Miami, FL 33143 | PREMIUM   $    39,023 | | ANNUAL RATE |
|---|---|---|---|---|
| | | Property Damage | 0.065 and 0.04 | / $100 |
| | | Delay In Completion | NCP | / $100 |
| | | Terrorism | NCP | / $100 |
| | | Hot Testing / Month | NA | / $100 |
| | | Named Storm / Month | 0.025 | / $100 |
| ADDITIONAL INSUREDS (include address) | | Earth Movement | NA | / $100 |
| | | Flood | 0.06 | / $100 |
| | | Damage To Existing Property | NCP | / $100 |
| | | Increases In Sublimits | NA | / $100 |
| | | Other: | NA | / $100 |
| | | Other: | NA | / $100 |
| LOSS PAYEE (include address) | | | | |
| MORTGAGEE (include address) | | | | |
| LOCATION OF INSURED PROJECT* (include address) | 11555 SW 17th Street<br>Miami, FL 33199 | | | |
| DESCRIPTION OF INSURED PROJECT* (Structural type, size, material type, occupancy, etc.)<br><br>(If renovation or rehab, be specific) | Scope of Work: 1) A "Signature" pedestrian-oriented shared-use Bridge across US 41 that as a major arterial roadway located between Sweetwater and the MMC obstructs pedestrian movements between Sweetwater and MMC; 2) A pedestrian plaza at the bridge landing on the MMC; 3) An urban "Memorial Plaza" in Sweetwater; 4) Pedestrian-oriented streetscape enhancements to be created by narrowing 109th Avenue between SW 7th Terrace and SW 6th Street reducing the existing 3 traffic lanes to 2 traffic lanes. The enhancements will include upgraded sidewalk paving materials, enhanced shade trees, appropriate upgrades to street furniture, street signage, street lighting and landscaping; 5) Improvements on the MMC will include new pedestrian walkways, plazas, pavilions, bike paths, landscaping, and 5) Advanced Intermodal & Multimodal Station (AIMS) elements on the North side of MMC. | | | |

| COVERAGE (Place X in all applicable coverage blocks) | All Risk | ☒ | | Contractor's Wrap Around | | ☐ | |
|---|---|---|---|---|---|---|---|
| | Terrorism | ☐ | Damage to Existing Property | Delay In Completion | ☐ | Hot Testing | Deductible Buy - Back | ☐ |

| | | | | Limited | ☐ | All Risks | ☐ | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**CERTIFICATE NUMBER**   <u>34575316</u>

| | Estimated TOTAL PROJECT VALUE* Declared at Policy Inception | |
|---|---|---|
| a. | Total value of all Covered Property, **LANDSCAPING MATERIALS\***, all labor costs that will be expended in the **INSURED PROJECT\***, site general conditions, construction management fees, and contactor's profit and overhead; plus | $ 9,388,033 |
| b. | Total value of all Covered Property not declared in a. above supplied by the project owner(s) or other(s), for which the insured has assumed responsibility and that will become part of the **INSURED PROJECT\***; plus | $ NA |
| c. | Value of existing property to be insured | $ NA |
| d. | **Estimated TOTAL PROJECT VALUE\* Declared at Policy Inception (a., b., and c., combined)** | $ 9,388,033 |

## STANDARD COVERAGE TERMS
**(Coverage shall only apply under this Certificate to those individual Limits, Sub-limits and Aggregate Limits for which a value is entered below.)**

| LIMIT OF LIABILITY | $ | 9,388,033 | Any One OCCURRENCE* During The Certificate Period |
|---|---|---|---|

| SUB-LIMITS OF LIABILITY Sublimits per **OCCURRENCE\*** except Delay in Completion as Certificate Aggregate | | | |
|---|---|---|---|
| | a. $ | 9,388,033 | Physical Damage Coverage to the **INSURED PROJECT\*** |
| | b. $ | NCP | Delay in Completion (see coverage terms below for specific sublimits) |
| | c. $ | 2,500,000 | Transit – Any One Conveyance |
| | d. $ | 2,500,000 | Temporary Offsite Locations – Any One Location |
| | e. $ | 500,000 | **LANDSCAPING MATERIALS\*;** |
| | f. $ | 500,000 | Architects and Engineers Fees |
| | g. $ | 1,000,000 | Or **20%** Of the amount of amount of insured physical loss or damage to Covered Property, whichever is less – Expediting Expense and Contractor's Extra Expense, combined |
| | h. $ | 500,000 | Plans, Blueprints, Drawings, and Other Contract Documents and Modelst |
| | i. $ | 500,000 | Fire Department Service Charges |
| | j. $ | 250,000 | Fire Protective Equipment Refills |
| | k. $ | 9,388,033 | Or **25%** Of the amount of insured physical loss or damage to Covered Property, whichever is less – Debris Removal Coverage |
| | l. $ | 250,000 | Emergency Property Protection Expense – in the Certificate Term |
| | m. $ | 100,000 | Claims Preparation Costs |
| | n. $ | 5,000,000 | Ordinance Or Law / Demolition & Increased Cost of Construction |
| | o. $ | 250,000 | **FUNGUS, MOLD OR SPORE\*** |
| | p. $ | NCP | Damage To Existing Property (Limited) |

| ANNUAL AGGREGATES Aggregate limits apply to each annual period within this Certificate beginning on the Certificate inception date. | | | |
|---|---|---|---|
| | a. $ | 9,388,033 | By The Peril Of **EARTH MOVEMENT\*** |
| | b. $ | 9,388,033 | By The Peril Of **FLOOD\*** |
| | c. $ | 9,388,033 | By The Peril Of **NAMED STORM\*** |

| DEDUCTIBLES Deductibles apply per **OCCURRENCE\***. When a dollar amount is shown absent a corresponding percentage (%), then that amount shall be deducted. | | | | |
|---|---|---|---|---|
| | a. $ | 25,000 | | Physical Damage, except |
| | b. $ | NA | | Damage to Existing Property |
| | c. $ | 50,000 | | **WATER DAMAGE\*** |
| | d. $ | 25,000 | NCP % | **EARTH MOVEMENT\*** |
| | e. $ | 250,000 | 5.00 % | **FLOOD\*** |
| | f. $ | 250,000 | 5.00 % | **NAMED STORM\*** |
| | g. $ | NA | | **HOT TESTING\*** |

CERTIFICATE NUMBER    <u>34575316</u>

| HOT TESTING TERMS |
|---|
| **(If an X is entered in the coverage block on page one the following must be provided)** |

| HOT TESTING PERIOD: | <u>NA</u> | Days |
|---|---|---|

| DELAY IN COMPLETION COVERAGE TERMS |
|---|
| **(Coverage for Delay In Completion shall only apply under this Certificate when this coverage block on page one is checked and this section is completed in its entirety)** |

| NAMED INSURED & BUSINESS ADDRESS | NA |
|---|---|

| ANTICIPATED DATE OF COMPLETION* | NA | PERIOD OF INDEMNITY* | NA | Days |
|---|---|---|---|---|

| DEDUCTIBLE PERIOD*: | <u>NA</u> Days Each **DELAY*** |
|---|---|

**AGGREGATE LIMIT OF LIABILITY**

Subject to individual Aggregate Sub-limits shown below, the maximum Limit of Liability for which Company shall be liable in the aggregate under this Coverage shall not exceed     $   <u>NCP</u>

| CERTIFICATE AGGREGATE SUB-LIMITS OF LIABILITY | a. | $ | <u>NCP</u> | Loss of Gross Earnings |
|---|---|---|---|---|
| | b. | $ | <u>NCP</u> | Loss of Rental Income |
| | c. | $ | <u>NCP</u> | Soft Costs / Additional Expense |

| When a Certificate Sub-limit is entered for Soft Costs / Additional Expense above, coverage shall be further limited to the individual Certificate Aggregate Sub-limits entered to the right. | (1) | Legal / Accounting Fees | $ | <u>NCP</u> |
|---|---|---|---|---|
| | (2) | Design Professionals Fees | $ | <u>NCP</u> |
| | (3) | Realty Taxes / Ground Rents | $ | <u>NCP</u> |
| | (4) | Insurance Premiums | $ | <u>NCP</u> |
| | (5) | Project Administration Expense | $ | <u>NCP</u> |
| | (6) | Advertising Expense | $ | <u>NCP</u> |
| | (7) | Commission Expense | $ | <u>NCP</u> |
| | (8) | Additional Interest / Financing Expense | $ | <u>NCP</u> |
| | (8) | | $ | <u>NCP</u> |
| | (9) | | $ | <u>NCP</u> |

| OTHER COVERAGE TERMS / CONDITIONS |
|---|
| **(Identify other terms and conditions below that apply to this Certificate)** |

NA denotes Not Applicable
NCP denotes No Coverage Provided